UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REVLON CONSUMER PRODUCTS LLC and
ELIZABETH ARDEN, INC.,

        Plaintiffs,

-against-

GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL and ASHLEY FASS,

        Defendants.

Case No. 24-cv-06438

Hon. Edgardo Ramos

**ORDER FOR ADMISSION PRO HAC VICE**

---

The motion of Michael Dockterman to appear Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Illinois, and that his contact information is as follows:

Michael Dockterman
STEPTOE LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Tel: (312) 577-1300
E-mail: mdockterman@steptoe.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 29, 2024
New York, New York

_____
Edgardo Ramos
United States District Judge