UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REVLON CONSUMER PRODUCTS, LLC and ELIZABETH ARDEN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL and ASHLEY FASS, <br><br> Defendants. | Case No. 1:24-cv-6438-ER <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Ronie M. Schmelz of K&L Gates LLP hereby enters her appearance as counsel for Defendants Give Back Beauty S.A., Give Back Beauty, LLC, Give Back Beauty Americas, LLC, Give Back Beauty International LLC, and Give Back Beauty Holding Ltd., Vanessa Kidd, Dominick Romeo, Reid Mulvihill, and Ashley Fass ("Defendants") in the above-captioned action, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be directed to the undersigned at the office set forth below or through this Court's electronic filing system.

Dated:  September 10, 2024

/s/ Ronie M. Schmelz
Ronie M. Schmelz
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5002
Facsimile: (310) 552-5001
Ronie.Schmelz@klgates.com

*Attorney for Defendants*