UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REVLON CONSUMER PRODUCTS, LLC and ELIZABETH ARDEN, INC.,<br><br>      Plaintiffs,<br><br>    v.<br><br>GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL and ASHLEY FASS,<br><br>      Defendants. | Case No. 1:24-cv-6438-ER |

## **DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT.**

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Defendants, on behalf of Defendants Give Back Beauty S.A., Give Back Beauty, LLC, Give Back Beauty Americas, LLC, Give Back Beauty International LLC, and Give Back Beauty Holding Ltd., (the "GBB Defendants") discloses as follows:

Defendant Give Back Beauty S.A., a public limited company organized under the laws of Switzerland, and Defendant Give Back Beauty Americas, LLC, a Delaware limited liability company, are both 100% owned by non-party Give Back Beauty Srl, a limited liability company organized under the laws of Italy, which in turn is 100% owned by parent company and non-party Give Back Beauty Holding SpA, a joint stock company organized under the laws of Italy.

Defendant Give Back Beauty LLC, a Delaware limited liability company, is 100% owned by non-party Give Back Beauty Limited, a U.K. private limited company, which is 100% owned by non-party GBB Talents Limited, a U.K. private limited company, which is 100% owned by

non-party Brondi Holding Srl, a limited liability company organized under the laws of Italy, which is 100% owned by parent company and non-party Give Back Beauty Holding SpA.

Defendant Give Back Beauty International LLC, a Delaware limited liability company, is 100% owned by non-party Give Back Beauty International Limited, a U.K. private limited company, which is in turn 100% owned by non-party Brondi Holding Srl, which is 100% owned by parent company and non-party Give Back Beauty Holding SpA.

Defendant Give Back Beauty Holding Ltd. is 100% owned by non-party Corrado Brondi, a citizen and resident of Italy.

Dated:  September 10, 2024

/s/ *Ronie M. Schmelz*
Ronie M. Schmelz
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5002
Facsimile: (310) 552-5001
Ronie.Schmelz@klgates.com

John J. Cotter
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Telephone: (617) 261-3178
Facsimile: (167) 261-3175
John.Cotter@klgates.com

*Attorneys for Defendants*