UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
REVLON CONSUMER PRODUCTS LLC and
ELIZABETH ARDEN, INC.,

          Civil Action No.: 1:24-cv-06438-ER

       Plaintiff(s),

 -against-

GIVE BACK BEAUTY S.A., GIVE BACK
BEAUTY, LLC, GIVE BACK BEAUTY
AMERICAS LLC, GIVE BACK BEAUTY
INTERNATIONAL LLC, GIVE BACK     **AFFIDAVIT OF SERVICE**
BEAUTY HOLDING LTD., VANESSA KIDD,
DOMINICK ROMEO, REID MULVIHILL
and ASHLEY FASS,

       Defendant(s).
-------------------------------------------------------------X
STATE OF DELAWARE   )
         s.s :
COUNTY OF NEW CASTLE )

  SHARLENE BROOKS, being duly sworn, deposes and says that she is an agent of KEATING & WALKER ATTORNEY SERVICE, INC. at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

  That on the 29th day of August, 2024, at approximately 2:48 p.m., deponent served a true copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint; Plaintiffs' Rule 7.1 Corporate Disclosure Statement; Individual Practices of Judge Edgardo Ramos (8/23/2023); Electronic Case Filing Rules & Instructions (July 1, 2024 Edition)** upon Give Back Beauty International LLC c/o A Registered Agent, Inc. at 8 The Green, Suite A, Dover, DE 19801 by personally delivering and leaving the same with Ashley Falco, Corporate Specialist, who stated that she is authorized to accept service.

  Ashley Falco is a Caucasian female, approximately 40 years of age, stands approximately 5 feet, 6 inches tall, weighs approximately 220 pounds and has brown hair.

             _/s/ Sharlene Brooks_   8/30/2024
             SHARLENE BROOKS

Subscribed & sworn to (or affirmed) before
me this  30  day of August, 2024, by
SHARLENE BROOKS, personally
known to me or proved to me on the basis of
satisfactory evidence to be the person who appeared
before me.

_/s/_
NOTARY PUBLIC, STATE OF DELAWARE

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2028