UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
REVLON CONSUMER PRODUCTS LLC and
ELIZABETH ARDEN, INC.,

                Plaintiff(s),

    -against-

GIVE BACK BEAUTY S.A., GIVE BACK
BEAUTY, LLC, GIVE BACK BEAUTY
AMERICAS LLC, GIVE BACK BEAUTY
INTERNATIONAL LLC, GIVE BACK
BEAUTY HOLDING LTD., VANESSA KIDD,
DOMINICK ROMEO, REID MULVIHILL
and ASHLEY FASS,

                Defendant(s).
-----------------------------------------------------------X

Civil Action No.: 1:24-cv-06438-ER

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            s.s :
COUNTY OF NEW YORK  )

       MICHAEL KEATING, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

      That on the 28th day of August, 2024, at approximately 8:35 p.m., deponent served a true copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint; Plaintiffs' Rule 7.1 Corporate Disclosure Statement; Individual Practices of Judge Edgardo Ramos (8/23/2023); Electronic Case Filing Rules & Instructions (July 1, 2024 Edition)** upon Vanessa Kidd at 45 Lockwood Road, Scarsdale, New York 10583 by personally delivering and leaving the same with Vanessa Kidd at that address. At the time of service deponent asked if the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply. He came to the lobby to accept service.

      Vanessa Kidd is a Caucasian, Hispanic female, approximately 30-40 years of age, is approximately 5 feet, 4 inches tall, weighs approximately 150-160 pounds, with medium length brown hair and dark eyes and was wearing glasses.

Sworn to before me this
30th day of August, 2024

_____
NOTARY PUBLIC, STATE OF NEW YORK
**STEVEN MITCHELL**
Reg. No. 01-MI-6326046
Qualified in New York County
Commission expires June 08, 2027

MICHAEL KEATING #848345