UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

REVLON CONSUMER PRODUCTS LLC and
ELIZABETH ARDEN, INC.,

                      Plaintiff(s),

    -against-

GIVE BACK BEAUTY S.A., GIVE BACK
BEAUTY, LLC, GIVE BACK BEAUTY
AMERICAS LLC, GIVE BACK BEAUTY
INTERNATIONAL LLC, GIVE BACK
BEAUTY HOLDING LTD., VANESSA KIDD,
DOMINICK ROMEO, REID MULVIHILL
and ASHLEY FASS,

                     Defendant(s).

------------------------------------------------------------X

Civil Action No.: 1:24-cv-06438-ER

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                        s.s :
COUNTY OF NEW YORK  )

      MICHAEL KEATING, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., at 116 Nassau Street, Suite 816, New York,
New York 10038, is over the age of eighteen years and is not a party to the action.

      That on the 5th day of September, 2024, at approximately 6:55 p.m., deponent served a true
copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint; Plaintiffs' Rule 7.1
Corporate Disclosure Statement; Individual Practices of Judge Edgardo Ramos (8/23/2023);
Electronic Case Filing Rules & Instructions (July 1, 2024 Edition)** upon Ashley Fass at 55 Neds
Mountain Road, Ridgefield, CT 06877 by personally delivering and leaving the same in the presence
and vicinity of "John Doe", co-resident and a person of suitable age and discretion residing with the
defendant at that address. He refused to accept service in-hand or divulge his name. I placed the
documents on the floor at his feet.

      "John Doe" is a white male, approximately 30-35 years of age, is approximately 6 feet tall,
weighs approximately 200-210 pounds, with short black hair, beard and moustache and dark eyes and
was wearing glasses.

Sworn to before me this
9th day of September, 2024

                                  MICHAEL KEATING #0848345

_____
**NOTARY PUBLIC, STATE OF NEW YORK**
STEVEN MITCHELL
**Reg. No. 01-MI-6326046**
**Qualified in New York County**
**Commission expires June 08, 2027**