Elyse D. Echtman
+1 212 378-7551 direct
eechtman@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

September 13, 2024

**Via ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *Revlon Consumer Products LLC, et al. v Give Back Beauty S.A., et al.,*
Case No. 1:24-cv-06438-ER-RWL—Request for Permission to Exceed Page Limit

Dear Judge Ramos:

We represent Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc. (the "Plaintiffs") in this action alleging, *inter alia*, Defendants' misappropriation of Plaintiffs' trade secrets. Pursuant to Paragraph 2(B)(i) of your Individual Practices, we respectfully request permission to increase the page limit of Plaintiffs' soon-to-be-filed memorandum of law in support of Plaintiffs' Motion for Preliminary Injunction from 25 pages to 35 pages.

The reason for this request is to allow us sufficient space to adequately describe the relevant facts and to establish the elements necessary to prevail on a preliminary injunction—that is, a clear showing (i) of a likelihood of success on the merits; (ii) of irreparable harm; (iii) that the balance of the hardships weighs in Plaintiffs' favor, and (iv) that the public interest would not be disserved by the issuance of the injunction. *Starbucks Corp. v. McKinney*, __ U.S. __, 144 S. Ct. 1570, 1575 (2024). We have made every effort to be concise.

Thank you for your consideration of this request.

Respectfully submitted,

*s/ Elyse D. Echtman*
Elyse D. Echtman

*Counsel for Plaintiffs*