UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REVLON CONSUMER PRODUCTS LLC and ELIZABETH ARDEN, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　　-against-<br><br>GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL and ASHLEY FASS,<br><br>　　　　　　　Defendants. | Case No. 1:24-cv-06438-ER-RWL |

## NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION

　　　PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and declarations of Marni Shepard, Will Cornock, J. Christopher Racich, and Michael Dockterman (with exhibits), Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc. ("Plaintiffs") will move the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an Order under Rule 65 of the Federal Rules of Civil Procedure: (i) requiring immediate return of all of Plaintiffs' confidential information within the possession, custody or control of Defendants Give Back Beauty S.A., Give Back Beauty, LLC, Give Back Beauty Americas LLC, Give Back Beauty International LLC, Give Back Beauty Holding LTD., Vanessa Kidd, Dominick Romeo, Reid Mulvihill and Ashley Fass ("Defendants"); (ii) enjoining Defendants from using or relying upon any of Plaintiffs' trade secret information; (iii) enjoining Defendants Vanessa Kidd, Ashley Fass, Reid

1

Mulvihill and Dominick Romeo from soliciting Revlon's business partners; and (iv) enjoining Defendants from disclosing Plaintiffs' confidential information, pending final resolution of this matter, together with such other and further relief as this Court shall deem just and proper.

Dated: September 13, 2024               STEPTOE LLP

                                        By:  /s/ *Michael Dockterman*

                                             Michael Dockterman
                                             227 West Monroe Street, Suite 4700
                                             Chicago, IL 60606
                                             Telephone:  (312) 577-1300

                                             Elyse D. Echtman
                                             1114 Avenue of the Americas
                                             New York, NY 10036
                                             Telephone:  (212) 506-3900
                                             Email:  eechtman@steptoe.com

                                             *Attorneys for Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, a true and correct copy of the foregoing Notice of Motion, Plaintiffs' Memorandum in Support of Motion for a Preliminary Injunction, Declarations of Marni Shepard, Will Cornock, J. Christopher Racich, and Michael Dockterman and exhibits thereto were served electronically on counsel of record for Defendants via the Court's CM/ECF system.

/s/ *Michael Dockterman*
Michael Dockterman