Cornock Decl. Exhibit 1

Vanessa Kidd
Senior Vice President Global Marketing
Fragrance Portfolio
Revlon
55 Water Street, 43rd Floor
New York, NY 10041
vanessakidd@yahoo.com
917-256-9726

April 9, 2024

Martine Williamson
Chief Marketing Officer
Revlon
55 Water Street, 43rd Floor
New York, NY 10041

Dear Martine,

I am writing to formally resign from my position as Senior Vice President Global Marketing, Fragrance Portfolio at Revlon, effective May 3, 2024.

After careful consideration and reflection, I have decided that it is time for me to embark on a new chapter in my career. While this decision was not easy, I believe it is the right one for both my personal and professional growth.

I am very grateful for the opportunities I have been afforded during my tenure at Revlon and Elizabeth Arden. It has been my honor and a true privilege to serve as Senior Vice President of the Global Fragrance portfolio and to contribute to the company's successes alongside my talented and dedicated Fragrance team and cross functional colleagues.

I would also like to express my most sincere appreciation for your guidance and mentorship during our time working together. Your support has been invaluable to me, and I am truly grateful for the trust you placed in me to lead my team and drive the fragrance business.

I am committed to ensuring a seamless transition and I am available to assist in any way necessary to facilitate the transfer of my responsibilities and to support the onboarding process for my successor. Above all, I want to ensure that I leave the team well-positioned to continue achieving success.

I am proud of the work we have accomplished together and wish the company continued success in the future.

Sincerely,

*[signature]*

Vanessa Kidd