Cornock Decl. Exhibit 2

May 9, 2024

Dear Martine,

Please accept this letter as formal notification of my resignation from my position as Global Marketing Director of Juicy Couture Fragrances at Revlon. My final day will be May 23, 2024.

It has been a privilege to have served in this capacity. I have learned a great deal during my 6 years at Revlon. The experiences and insights I have gathered during my tenure have been invaluable. I deeply appreciate the opportunities for growth and the collaborative environment that I have had the pleasure of being a part of. I will always regard my time at Revlon as a significant chapter in my professional journey.

During the next 2 two weeks, I will do what I can to make the transition as smooth as possible and will support in whatever way I can.

Thank you again for your guidance and support throughout my tenure.

Sincerely,

Ashley Fass