Cornock Decl. Exhibit 3

**From:** Romeo, Dominick
**Sent:** Thursday, May 9, 2024 1:27 PM
**To:** Williamson, Martine <Martine.Williamson@revlon.com>
**Subject:** Formal Letter of Resignation

Hi Martine,

I am writing this email to formally tender my resignation from Revlon as I have accepted a new role elsewhere. I had planned vacation for May 30th through June 7th, so my final working day will be May 29th. Please let me know next steps as far as notifying HR and necessary offboarding.

As I mentioned, it has been a pleasure working with you, and thank you as always for all of your support.

**Dominick Romeo**
Director of Marketing, Global Fragrance Team
55 Water Street, 43rd Floor
New York NY 10041
212-527-4389