# Cornock Decl. Exhibit 4

**From:** Mulvihill, Reid <Reid.Mulvihill@revlon.com>
**Sent:** Monday, May 20, 2024 4:05 PM
**To:** Williamson, Martine <Martine.Williamson@revlon.com>
**Subject:** Reid Mulvihill - Resignation Letter

Hi Martine,

Thank you for chatting with me this afternoon. Per our discussion I am writing to formally resign from my position as Director of Global Designer Fragrances at Revlon, with my last working day on 5/31.

I truly have appreciated working alongside you and the talented fragrance global marketing team during my 10+ years at Revlon/Elizabeth Arden.

I want to express my gratitude to you and the entire team for your support and guidance, and I will treasure the memories I have made at both Elizabeth Arden and Revlon.

I am committed to ensuring a smooth transition during my remaining time at the company. Please let me know how I can assist in transferring my responsibilities and wrapping up any outstanding projects.

Thank you again for the opportunity to be a part of Revlon and I wish for the future success of the company.

Thanks,
**Reid Mulvihill**
Director | Global Fragrance Marketing
REVLON
55 Water Street, 43rd Floor
New York, NY 10041