# Cornock Decl. Exhibit 10

# Filed Under Seal