# Cornock Decl. Exhibit 11

# Filed Under Seal