# Cornock Decl. Exhibit 12

# Filed Under Seal