# Cornock Decl. Exhibit 13

# Filed Under Seal