# Cornock Decl. Exhibit 14



# REVLON

# CODE OF CONDUCT AND BUSINESS ETHICS

# TABLE OF CONTENTS



**A Message from our President and CEO, Debbie Perelman**........ 2

**About our Code of Conduct**................................................................ 3
What is our Code of Conduct and why is it important? ................... 4
Who does the Code apply to?................................................................ 5
What steps should I follow to make ethical decisions?..................... 6
Where do I go to ask questions or raise concerns?........................... 7
What happens after I raise a concern?................................................ 9

**We are Committed to Revlon People,
Social Responsibility, and Sustainability** ........................................ 10
We Promote a Respectful and Professional Workplace,
and Value Inclusion and Diversity ....................................................... 12
We Do Not Tolerate Bullying, Harassment or Discrimination........... 12
We Prioritize the Safety and Health of our Employees..................... 14
We Are Committed to Universal Human Rights and Fair Labor....... 14
We Comply with Environmental Laws and Regulations.................... 15

**We Conduct Business Ethically** ........................................................ 16
We Have Zero Tolerance for Bribery,
Corruption and Money Laundering...................................................... 17
We Do Not Give or Accept Inappropriate Gifts or Entertainment ... 19
No Cash or Cash Equivalent Gifts are Permitted ............................... 19
We Make Bona Fide Donations and Contributions,
and Comply with Lobbying Laws......................................................... 21
We Do Not Engage in Anti-Competitive Behavior............................. 22
We Comply with U.S. and Other Applicable
Trade Regulations and Sanctions Regimes ....................................... 23
We Work with Reputable Business Partners...................................... 25
We Avoid and Report Conflicts of Interest......................................... 26

**We Act with Financial Integrity** ........................................................ 28
We Comply with U.S. Securities and Insider Trading Laws ............. 29
We Maintain Accurate Books and Records and
Appropriately Retain Company Records ........................................... 30

**We Protect Revlon Assets and Confidential Information**............. 31
We Protect Company Confidential and Proprietary Information ..... 32
We Protect Company Intellectual Property........................................ 32
We Protect Company Assets and Use
Information Technology (IT) Resources Appropriately ..................... 33
We Comply with Data Privacy and Protection Laws......................... 34
We Keep Company Communications Professional ........................... 35
We Protect Privacy of Communications............................................. 35
We Use Social Media Responsibly....................................................... 36
We Follow Company Procedures when
Responding to Inquiries from the Press and Others......................... 36

**We Promote the Safety and Quality of Our
Products and Truthfulness in Advertising**...................................... 37
We Protect Consumers through Product
Compliance and Quality Assurance .................................................... 38
We Comply with Advertising Laws and Regulations......................... 38
We Provide Truthful Information
and Engage in Fair Dealing .................................................................. 39

**Speak Up and Contact Us** ................................................................. 40

# A MESSAGE FROM OUR PRESIDENT AND CEO, DEBBIE PERELMAN

At Revlon, we are committed to upholding the highest standards of business conduct and integrity. Living by Revlon's values – accountability, collaboration, inclusion, and innovation – guide our actions and create long-term value for our employees, consumers, customers, and our broader community.

We all have a responsibility to uphold these values. Revlon's Code of Conduct is one tool that can help each of us do so while also empowering us to make the right business decisions.

I encourage you to familiarize yourself with our Code of Conduct and to "Speak Up" if you have questions or believe you have witnessed an action that may have violated our Code. Speaking Up is critical to maintaining our Company culture.

Acting with ethics and integrity allows us to fulfill our purpose of creating beauty innovations for everyone that inspire confidence and ignite joy every day.

Thank you for your commitment to our Code of Conduct and for all that you do every day, as One Team with One Vision.

*Debbie Perelman*

Table of Contents

**A Message from our President and CEO**

About our Code of Conduct

We are Committed to Revlon People, Social Responsibility and Sustainability

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

We Promote the Safety and Quality of Our Products and Truthfulness in Advertising

Speak Up and Contact Us



# ABOUT OUR CODE OF CONDUCT

Table of Contents

A Message from our President and CEO

**About our Code of Conduct**

We are Committed to Revlon People, Social Responsibility and Sustainability

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

We Promote the Safety and Quality of Our Products and Truthfulness in Advertising

Speak Up and Contact Us

# What is our Code of Conduct and why is it important?

As a multinational company, Revlon is required to comply with numerous laws, rules, and regulations. This Code outlines the principles, standards and expectations that guide our business and our behavior, which is fundamental to our Company's values and success. Revlon People (directors, officers, executives, employees, and others working for Revlon) worldwide are responsible for protecting our Company by acting in strict compliance with the letter and spirit of this Code of Conduct and Business Ethics ("Code") as well as with all applicable laws, and by speaking up with questions or concerns.

> At Revlon, we are *One Team with One Vision*. We are all expected to adhere to the highest ethical standards and must:
>
> - Read, understand, and certify compliance with the Code when hired, and annually thereafter
> - Comply with all Company policies and procedures, as well as the relevant laws, rules, and regulations everywhere we do business
> - Complete relevant and mandatory trainings, including but not limited to, our annual Code of Conduct training

The Code is enforceable to the fullest extent permissible under applicable laws and Revlon Human Resources ("HR") policies. In cases where the law conflicts with provisions in this Code, the best approach is to follow the stricter standard. If you are not sure what to do, contact Revlon Legal or Revlon Compliance for guidance.

We rely on each other to act with integrity and to protect the reputation of our Company.



Other Revlon policies can be found on our intranet at **oneinbeauty.com**.

Table of Contents

A Message from our President and CEO

**About our Code of Conduct**

We are Committed to Revlon People, Social Responsibility and Sustainability

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

We Promote the Safety and Quality of Our Products and Truthfulness in Advertising

Speak Up and Contact Us

# Who does the Code apply to?

This Code applies to all Revlon People and Revlon operations, including all brands, subsidiaries, affiliates, and joint ventures worldwide (collectively, "Revlon" or the "Company").

Speak up if you do not understand these standards or are concerned that these standards are not being met.

**Directors, officers, managers, and supervisors have a heightened responsibility to lead by example. Revlon's Board of Directors has an additional obligation to report related party transactions, as described in the Related Party Transaction Policy. Officers, managers and supervisors must provide their teams with the information, guidance and support they need to comply with our Code and encourage them to raise questions or concerns.**

Any exceptions to Company policies or procedures must be approved in advance, in writing, by Revlon's Chief Compliance Officer and others, as may be appropriate under the circumstances.

Any request for a waiver from any provision of the Code by or on behalf of an executive officer or senior financial officer or member of the Board of Directors of the Company must be reviewed by the Audit Committee of the Board of Directors, or such other Committee as determined by the Board.

Table of Contents

A Message from our President and CEO

**About our Code of Conduct**

We are Committed to Revlon People, Social Responsibility and Sustainability

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

We Promote the Safety and Quality of Our Products and Truthfulness in Advertising

Speak Up and Contact Us

# What steps should I follow to make ethical decisions?

Making the right business decision can be challenging sometimes. Following the steps below can empower you to make ethical choices. If you have questions or concerns, please contact Revlon Compliance before doing or not doing something that could violate applicable law, Revlon's Code of Conduct or otherwise harm the Company.



Table of Contents

A Message from our President and CEO

**About our Code of Conduct**

We are Committed to Revlon People, Social Responsibility and Sustainability

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

We Promote the Safety and Quality of Our Products and Truthfulness in Advertising

Speak Up and Contact Us

# Where do I go to ask questions or raise concerns?

The Company's brand and reputation relies on Revlon People upholding the highest standards of business ethics and reporting actual or potential violations of law and/or Company policy, even if you don't have all the information.

If you have any questions about any provision in this Code, are unsure about how to proceed in a given situation, or have concerns about conduct that may conflict with or violate any part of the Code or applicable law, you can reach out to any or all of the following:

- Revlon Compliance
- Manager or Supervisor
- Human Resources
- Revlon Legal
- General Counsel
- Chief Financial Officer or Chief Accounting Officer/Controller
- Chief Executive Officer



Table of Contents

A Message from our President and CEO

**About our Code of Conduct**

We are Committed to Revlon People, Social Responsibility and Sustainability

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

We Promote the Safety and Quality of Our Products and Truthfulness in Advertising

Speak Up and Contact Us

## Revlon Compliance:

- Call the Compliance Help Line, which is available 24/7 in a variety of languages. You can choose to identify yourself or submit an anonymous complaint.

- Scan the QR Code or click the Web Form link on our Compliance intranet page on **oneinbeauty.com** to submit a complaint or concern via our Web Form.

- Email the Compliance team at compliance@revlon.com or reach out directly to the Chief Compliance Officer or Deputy Compliance Officer.

## Compliance Web Form:



## Compliance Help Line Numbers:

| | |
|---|---|
| United States | 844-718-6403 |
| United Kingdom | 0808 273 5251 |
| South Africa | +27-872348046 |
| China North | 10-800-130-1832 |
| China South | 10-800-713-1871 |
| Mexico | 800 681 1874 |
| France | 0 805 98 55 08 |
| Germany | 0800 1815158 |
| Italy | 800 974 713 |
| Spain | 900 876 206 |
| Japan | 0120-958-134 |
| South Korea | 00308 491 0127 |
| Singapore | 800 492 2547 |
| Taiwan | 00801-49-1736 |
| Australia | 1800 879 025 |
| New Zealand | 0800 369 519 |
| United Arab Emirates | 800 0321233 |

## Compliance/Legal Email Addresses:

**Alison Hinds-Pearl:**
Chief Compliance Officer & Assistant General Counsel
alison.hinds-pearl@revlon.com

**Chelsea P. Azrak:**
Vice President, Law & Deputy Compliance Officer
chelsea.azrak@revlon.com

**Revlon Compliance:**
compliance@revlon.com

**Revlon Legal:**
revlon.legal@revlon.com

Table of Contents

A Message from our President and CEO

**About our Code of Conduct**

We are Committed to Revlon People, Social Responsibility and Sustainability

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

We Promote the Safety and Quality of Our Products and Truthfulness in Advertising

Speak Up and Contact Us

# What happens after I raise a concern?

All reported actual or potential violations of applicable laws, the Code or other related Company policies will be promptly and thoroughly investigated and will be treated confidentially. All such investigations will be conducted by Revlon Compliance, Revlon Legal, Human Resources, and/or the Company's Internal Audit team ("Company Investigation"). Revlon People should not conduct their own investigations to avoid compromising the integrity of a Company Investigation.

Revlon People should cooperate fully with and provide truthful and accurate information in any Company Investigation. Providing false or misleading information in connection with any such investigation, or refusing to cooperate in any such investigation, is a violation of the Code and may result in disciplinary action, up to and including termination of employment, where appropriate.

Revlon does not tolerate retaliation of any kind against an individual who raises a complaint in good faith and/or participates in a Company Investigation.

> A "**good faith**" report means that you have provided all the information you possess, and you believe it to be true.
>
> **Retaliation** includes discharging, demoting, suspending, threatening, harassing, discriminating, or taking any adverse action affecting the terms and conditions of employment of that individual.

Violations of this Code and any other Company policy are taken very seriously and may result in disciplinary action, up to and including dismissal and/or legal action. In certain cases, a Code violation may also constitute a violation of applicable laws, which could result in civil or criminal action against you, Revlon People and/or the Company.

If you are involved in the actual or potential violation, the Company will consider several factors when determining disciplinary action, including whether you reported the issue, your degree of cooperation in the investigation, and whether the activity at issue was intentional or unintentional, among other factors.

Table of Contents

A Message from our President and CEO

**About our Code of Conduct**

We are Committed to Revlon People, Social Responsibility and Sustainability

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

We Promote the Safety and Quality of Our Products and Truthfulness in Advertising

Speak Up and Contact Us

9



# WE ARE COMMITTED TO REVLON PEOPLE, SOCIAL RESPONSIBILITY AND SUSTAINABILITY

Table of Contents

A Message from our President and CEO

About our Code of Conduct

**We are Committed to Revlon People, Social Responsibility and Sustainability**

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

We Promote the Safety and Quality of Our Products and Truthfulness in Advertising

Speak Up and Contact Us

10

# We are Committed to Revlon People, Social Responsibility, and Sustainability

At Revlon, we strive to positively impact our broader community through promoting a culture of inclusion and diversity, minimizing our impact on the environment, and maintaining transparent, ethical business practices and policies. This commitment inspires our innovation, brings us closer to our consumers, and allows us to contribute to our broader community.

> All Revlon People are obligated to operate in an economically, socially and environmentally sustainable manner, including by, where appropriate:
>
> - Helping to increase sustainability by incorporating sustainable elements into our products, including formulas and/or packaging
> - Identifying ways to advance diversity and inclusion among employees, consumers, partners and in the community
> - Continuing to prioritize the health, safety, and well-being of our employees
> - Protecting human rights through responsible supply chain management and ethical manufacturing practices

Revlon People should act professionally and always treat each other with dignity and respect. This expectation applies to behavior in both in-person and virtual work environments and to behavior at work-related events, whether on or off work premises or on or off working hours. Failure to promote a professional, open, and respectful working environment can lead to disciplinary action, up to and including termination.



Table of Contents

A Message from our President and CEO

About our Code of Conduct

**We are Committed to Revlon People, Social Responsibility and Sustainability**

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

We Promote the Safety and Quality of Our Products and Truthfulness in Advertising

Speak Up and Contact Us

11

# We Promote a Respectful and Professional Workplace, and Value Inclusion and Diversity

Our Company strives to maintain and promote a diverse and inclusive environment where all individuals feel valued and respected, have equal access to opportunities and resources, and can contribute fully to Revlon's success. Revlon is committed to attracting and retaining people of all backgrounds, providing equal opportunities for employment, and making employment decisions based on merit. This inclusive culture spreads throughout the broader community by allowing Revlon to serve the needs of our diverse and loyal customer base.

# We Do Not Tolerate Bullying, Harassment or Discrimination

Revlon prohibits conduct that constitutes or could lead or contribute to discrimination or harassment based on race, color, creed, religion, sex, gender identity or expression, national origin, citizenship, age, disability, marital/familial status, pregnancy, veteran status, sexual orientation, or any other legally protected classification.

Bullying is the repeated mistreatment of a person on any basis and includes abusive conduct that interferes with or sabotages the work of that person. Both bullying and discrimination can be subtle and may take the form of bias. What we say may not be what we mean, but it can cause unfair treatment and negatively impact our work environment.



Table of Contents

A Message from our President and CEO

About our Code of Conduct

**We are Committed to Revlon People, Social Responsibility and Sustainability**

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

We Promote the Safety and Quality of Our Products and Truthfulness in Advertising

Speak Up and Contact Us

Bullying, harassment, and discrimination can take many different forms and can occur outside of the office or workplace. Please review the following examples.

## Discrimination

- Refusing to give a woman a raise given to all men in the same role
- Using derogatory names, racial, ethnic or religious slurs to another Revlon person whether verbally on the production line or in a coffee shop
- Giving technical projects to a younger or less experienced employee based upon an assumption that an older employee is not adept with computers

## Bullying

- Repeatedly ignoring/not allowing a person to speak or express themselves in a meeting
- Repeatedly belittling someone or calling them names like "lazy" or "stupid"
- Taking credit for another person's ideas/manipulating the ability of someone to do their work by overloading, underloading, or setting unrealistic deadlines

## Sexual Harassment

- Intimidating someone you manage in order to receive sexual favors in exchange for a raise
- Inappropriate gestures, including winking, sexually suggestive body language and/or words during a virtual meeting or unwanted touching in a bar with colleagues after work
- Unwanted sexual advances and inappropriate touching by a manager to a subordinate at a Company holiday party

## Harassment

- Threatening a woman or person of color that they will lose their job if they raise a concern to management, Revlon Compliance or Revlon Legal
- Using social media or any electronic device (personal or a Revlon device) to harass, alarm, or discriminate against another Revlon person based on sexual orientation, citizenship, marital status, etc.
- Taking a cell phone video of an employee in a meeting and forwarding it to them and others on the team using offensive language to describe the employee's physical appearance and job performance

Reporting is critical so that the Company may investigate and take appropriate action to stop any inappropriate conduct. For more information, please review our **Anti-Harassment/Anti-Discrimination Policy**.

Table of Contents

A Message from our President and CEO

About our Code of Conduct

**We are Committed to Revlon People, Social Responsibility and Sustainability**

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

We Promote the Safety and Quality of Our Products and Truthfulness in Advertising

Speak Up and Contact Us

13