# We Protect Consumers through Product Compliance and Quality Assurance

Quality is the hallmark of our products. Revlon People are required to comply with all applicable laws governing the manufacture, labeling and distribution of our products as well as the Company's quality standards, control and assurance procedures and safety protocols.

The requirements of the U.S. federal Food and Drug Administration (the "FDA") must be observed, as well as those of various other federal, state, local and foreign regulatory authorities, including those in the European Union ("EU"), Canada and other countries in which we operate.

Revlon People must immediately report to their supervisor, Revlon Legal and/or Revlon Compliance if they become aware of any deviations from the Company's established quality and safety standards and procedures, whether intentional or accidental, or of any circumstances in which any of the Company's products are or become adulterated or misbranded or otherwise violate or potentially violate FDA, EU or other product safety or quality regulations in the territories in which our products are sold.

# We Comply with Advertising Laws and Regulations

Fair and accurate advertising is essential to preserve the Company's goodwill and reputation. Revlon People are prohibited from creating, approving, or disseminating false, misleading, or deceptive advertising and related activities in the promotion and sale of Company products. All advertising claims about our products (including those claims made in print, radio, TV, digital or which appear on product packaging) must be truthful and have a reasonable basis in fact. In the U.S., the Federal Trade Commission requires that all advertising claims be substantiated in advance of their publication, dissemination, or air date, which includes any advertisements on television networks in the U.S. and abroad.

Therefore, all advertising and product claims, whether made to the trade or to the public, or whether made through the media, over the Internet or on product packaging, displays or otherwise, must be reviewed and approved by Revlon Legal, in accordance with Company policies, prior to being disseminated.

Table of Contents

A Message from our President and CEO

About our Code of Conduct

We are Committed to Revlon People, Social Responsibility and Sustainability

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

We Promote the Safety and Quality of Our Products and Truthfulness in Advertising

Speak Up and Contact Us



38

# We Provide Truthful Information and Engage in Fair Dealing

Revlon People are expected to act with integrity and deal fairly with each other and the Company's existing and potential customers, consumers, suppliers, and competitors.

Engaging in schemes to defraud the Company or cheat a customer, consumer, supplier, or others with whom the Company does business out of money, property, or services or to wrongfully withhold or misappropriate the property of others violates applicable law and Company policy and is therefore prohibited.

Revlon People should speak truthfully and make accurate, non-misleading statements. It is a violation of this Code to knowingly and willfully make false statements orally or in writing or conceal a material fact in connection with:

- An official Company action, including statements related to employment, services for the Company, employee benefits, statements made in connection with investigations and required employee reports
- Any interaction with any federal, state, local or foreign government officials, regulators, or agencies, including governmental reports, applications, or other government filings



Table of Contents

A Message from our President and CEO

About our Code of Conduct

We are Committed to Revlon People, Social Responsibility and Sustainability

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

**We Promote the Safety and Quality of Our Products and Truthfulness in Advertising**

Speak Up and Contact Us

# Speak Up and Contact Us



## Alison Hinds-Pearl

Chief Compliance Officer & Assistant General Counsel

**alison.hinds-pearl@revlon.com**



## Chelsea P. Azrak

Vice President, Law & Deputy Compliance Officer

**chelsea.azrak@revlon.com**

Embracing Revlon's values and acting with integrity fosters a culture of trust, which is the foundation of everything we do. We are *One Team with One Vision* and one united goal to protect Revlon and each other. Making the right business decisions may not always be easy. Revlon Compliance is here to help whenever you have questions or concerns and our Compliance page on **oneinbeauty.com** has many helpful resources. **We encourage you to reach out and Speak Up.**

© 2023 Revlon. All Rights Reserved.

Table of Contents

A Message from our President and CEO

About our Code of Conduct

We are Committed to Revlon People, Social Responsibility and Sustainability

We Conduct Business Ethically

We Act with Financial Integrity

We Protect Revlon Assets and Confidential Information

We Promote the Safety and Quality of Our Products and Truthfulness in Advertising

Speak Up and Contact Us