# Cornock Decl. Exhibit 15







