# Cornock Decl. Exhibit 19

# Filed Under Seal