# Cornock Decl. Exhibit 20

# Filed Under Seal