# Cornock Decl. Exhibit 21

# Filed Under Seal