Cornock Decl. Exhibit 22

*To whom it may concern*

June 24th, 2024

**Re: Letter of appointment**

Dear Sirs,

We the undersigned, Britney Brands Inc., a company incorporated under the laws of California (US), having its registered office at 4123 LANKERSHIM BLVD., North Hollywood, 91602 CA, United Stated and represented by Mrs. Britney Jean Spears, hereby confirm that:

- Give Back Beauty SA, a company incorporated under the laws of Switzerland, having its registered office at Rue du Parc, 3bis, 1207 Geneva, Switzerland, has been appointed as new exclusive licensee pursuant to a worldwide licensing agreement effective as of January 1, 2025, in connection with the manufacture, marketing, distribution and sale in the territory of fragrance products bearing the "Britney" trademarks.

- Give Back Beauty SA is duly authorized to take all necessary actions with suppliers before the starting date of the licensing agreement, as mentioned above, in order to ensure the continuity of the business.

Best regards,

*[signature]*

**Britney Brands Inc.**