# Shepard Decl. Exhibit A

# Filed Under Seal