# Shepard Decl. Exhibit B

# Filed Under Seal