# Shepard Decl. Exhibit C

# Filed Under Seal