# Racich Decl. Exhibit A

Curriculum Vitae
J. Christopher Racich, Vestigant, LLC, President

Name:        J. Christopher Racich
Telephone:   (202) 905-2170
Email:       racich@vestigant.com

**PROFESSIONAL EXPERIENCE**

**Sept. 2009 – Present: Vestigant, LLC – President**

Create and operate computer forensics/E-Discovery Consulting business

Lead, work and testify in all manner of Computer Forensics/E-Discovery cases

Gather and investigation of data for a variety of civil and criminal matters. Matters include fraud, embezzlement, sexual harassment, intellectual property theft violation of non-compete clauses, child pornography, and computer, network, and PBX/voice mail hacking

**Sept. 2010 – 2019: American University Washington College of Law – Adjunct Professor**

**Dec. 2008 to Sept. 2009:  First Advantage – Senior Regional Practice Leader and Counsel**

**2006 to 2008:  First Advantage – Senior VP and Counsel**

**2004 to 2006:  First Advantage CoreFacts – Managing Director and Counsel**

**2001 to 2004:  CoreFacts – Managing Director and Counsel**

Head computer forensics practice

Lead numerous large scale electronic discovery consulting projects and act as lead consulting expert

Lead work and testify in all manner of Computer Forensics/E-Discovery cases

**1997 to 2001:  Kroll Associates – Director, High Tech Investigation, Mid-Atlantic Region**

Develop and lead the firm's Mid-Atlantic high tech investigation practice from Kroll's Washington, DC office

Manage numerous investigations and computer forensic engagements for the firm

Testify as a computer forensic expert

**TESTIMONY**

**Harry Kamin, et al. v. Valeria Gunkova**

Adv. Pro. No. 23-01062-BFK

Testimony given in Hearing, Bankruptcy Court, EDVA, Retained by Harry Kamin

**Cano Health, Inc. v. Marlow B. Hernandez, et al.**

Case No.: 2024-001079-CA-01

Testimony given in Hearing, Circuit Court, Miami-Dade County, FL, Retained by Cano Health, Inc.

**CACI, Inc. – Federal v. Clayton Schilling, et al.**

Civil Action No.: 2021-16925

Testimony given in Hearing, Circuit Court, Fairfax, VA, Retained by CACI, Inc., Federal

**Montague v. Montague**

CL No. 22001460:22002195

Testimony given in Deposition, Circuit Court, City of Alexandria, VA, Retained by Robert Latane Montague, IV

**Gilleland v. Shah, et al.**

Case No: A-21-841165-B

Testimony given in Deposition, District Court, Clark County, NE, Retained by Sunil Shah, Wen Hou, Coincident Capital, GP, LLC

**Richard Parks, et al. v. Horizon Holdings, LLC, et al.**

C.A. No.:2021-0988-SG

Testimony given in Hearing, Court of Chancery, DE, Retained by Horizon Holdings, LLC

**CACI, Inc. – Federal v. Clayton Schilling, et al.**

Civil Action No.: 2021-16925

Testimony given in Hearing, Circuit Court, Fairfax, VA, Retained by CACI, Inc., Federal

**Unisys Corporation v. Leon Gilbert, et al.**

Civ. No. 23-555

Testimony given in Deposition, Federal District Court, EDPA, Retained by Leon Gilbert/Michael McGarvey

**Applied Predictive Technologies ,Inc. v. MarketDial Inc., et al**

Case No. 2:19-cv-00496-JNPCMR

Testimony given in Deposition, Federal District Court, UT, Retained by MarketDial, Inc.

2

**Unisys Corporation v. Leon Gilbert, et al.**

Civ. No. 23-555

Testimony given in Deposition, Federal District Court, EDPA, Retained by Leon Gilbert/Michael McGarvey

**SDSE Networks, Inc. v. Saroop Mathur**

Civil Action No. 1:22-cv-01024

Testimony given in Deposition, Federal District Court, EDVA, Retained by SDSE Networks, Inc.

**CACI, Inc. – Federal v. Clayton Schilling, et al.,**

Civil Action No.: 2021-16925

Testimony given in Hearing, Circuit Court, Fairfax, VA, Retained by CACI, Inc., Federal

**Atlantic Diving Supply, Inc. v. Komornik, et al.**

Case No.: CL20-10185

Testimony given in Hearing, Circuit Court, Norfolk, VA, Retained by Atlantic Diving Supply, Inc.

**Walter Scott Lamb v. Liberty University, Inc.**

Civil Action No. 6:21-cv-55

Testimony given in Hearing, Federal District Court, WDVA, Retained by Liberty University, Inc.

**Gunter v. Alutiiq Advanced Security Solutions, LLC**

Civil No. 1:20-cv-03410

Testimony given in Hearing, Federal District Court, MD, Retained by Alutiiq Advanced Securities, LLC

**Deere & Company v. AGCO Corporation, Et al.**

CA No. 18-827

Testimony given in Deposition, Federal District Court, DE, Retained by Deere & Company

**Walter Scott Lamb v. Liberty University, Inc.**

Civil Action No. 6:21-cv-55

Testimony given in Hearing, Federal District Court, WDVA, Retained by Liberty University, Inc.

**Strictly F/X, L.L.C v. Pyrotecnico F/X, L.L.C. and Ronald Bleggi**

Civil Action No. 2:20-cv-00201-CCW

Testimony given in Deposition, Federal District Court, WDPA, Retained by Pyrotecnico

**SPS Technologies, LLC v. Briles Aerospace, Inc.**

Case No. 2:18-cv-09536-MWF-AS

Testimony given in Deposition, Federal District Court, CDCA, Retained by SPS Technologies, LLC

**AlixPartners, LLP et al. v. Giacomo Mori**

C.A. No 2019-0392-KSJM

Testimony given in Trial, Court of Chancery, DE, Retained by AlixPartners, LLP

**CareCentrix, Inc. et al v. Lanznar et al**

Case No. 1:20-cv-01765

Testimony given in Deposition, Federal District Court, DE, Retained by CareCentrix, Inc.

**Katherine Sarah Morris (Deceased) by Marguerite Morris v. Maryland Department of Health, Office of the Chief Medical Examiner**

OAH No. MDH-CME-96-20-14666

Testimony given in Hearing, Office of Administrative Hearing, MD Office of Administrative Hearing, Retained by Marguerite Morris

**SPS Technologies, LLC v. Briles Aerospace, Inc.**

Case No. 2:18-cv-09536-MWF-AS

Testimony given in Deposition, Federal District Court, CDCA, Retained by SPS Technologies, LLC

**Tracey Lynn Jackson Kinder v. Shelba D. Johnson Trucking, Inc. and Christopher Michael Massey**

Case No. 6:19-cv-0071-NKM

Testimony given in Deposition, Federal District Court, WDVA, Retained by Tracey Lynn Jackson Kinder

**In the Matter of: Certain Foodservice Equipment and Components Thereof**

Investigation No. 337-TA-1166

Testimony given in Deposition, US International Trade Commission, Retained by Illinois Tool Works, Inc.

**Florida Digestive Health Specialists, LLP v. Neff**

Case No. 2019 CA 5839 NC

Testimony given in Hearing, 12th Judicial Circuit Court, FL, retained by Florida Digestive Health Specialists, LLP

**CACI, Inc. – FEDERAL v. Bao-Tran X. ("CJ") Ngo**

Case No. 01-18-0001-0633

Testimony given in Arbitration, American Arbitration Association, retained by CACI, Inc. - FEDERAL

**Panera, LLC v. Jim Dobson, et al,**

Case No. 2019-0111-MTZ

Testimony given in Deposition, Court of Chancery, DE, Retained by Panera, LLC

**Mathey Dearman, Inc. v. H&M Pipe Beveling Machine Co., et al,**

Case no. 18-cv-250-GKF-JFJ

Testimony given in Hearing, Federal District Court, NDOK, Retained by Mathey Dearman, Inc.

**MRP UP Partners, LLC, et al. v. Raymond Rahbar, Jr., et al,**

Case No. 2017-00817

Testimony given in Hearing, Circuit Court, Fairfax, Retained by MRP UP Partners, LLC

**MRP UP Partners, LLC, et al. v. Raymond Rahbar, Jr., et al,**

Case No. 2017-00817

Testimony given in Deposition, Circuit Court, Fairfax, Retained by MRP UP Partners, LLC

**Integrated Global Services, Inc. v. Michael Mayo**

Case No. 3:17-cv-00563

Testimony given in Hearing, Federal District Court, EDVA, Retained by Integrated Global Services, Inc.

**U.S. ex rel. Lyle Beauchamp, et al. v. Academi Training Center, Inc.**

Civil Action No. 1:11-cv-371

Testimony given in Deposition, Federal District Court, EDVA, Retained by Academi Training Center, Inc.

**Kathryn McGregor Gaietto, et al. v. Jacqueline Lewis, et al.**

Case No. 2015 CA 004971B

Testimony given in Deposition, Superior Court of District of Columbia, Retained by Jacqueline Lewis

**Netlogic Solutions, Inc. v. Micore Solutions, Inc.**

Case No. 94260

Testimony given in Hearing, Circuit Court, Loudon, VA, Retained by Micore Solutions, Inc.

**Liebherr Mining & Construction v. Detroit Heavy Truck Engineer, et al.**

CL1100114F-15

Testimony given in Hearing, Circuit Court, Newport News, VA, Retained by Liebherr Mining & Construction

**Ratner Companies, LC v. Bobby Brown and Regis Corporation**

Civil Action No. 2015-13150

Testimony given in Deposition, Circuit Court, Fairfax ,VA, Retained by Ratner Companies, LC

5

**In the Matter Of: Certain Stainless Steel Products, Certain Process for Manufacturing or Relating to Same and Certain Products Containing Same**

Investigation No. 337-TA-933

Testimony given in Deposition, US International Trade Commission, Retained by Valbruna Stainless, Inc.

**Lynn M. Johnson v. BAE Systems, Inc., et al.**

Civil Action No. 1:11-cv-02172-RLW

Testimony given in Hearing, US District Court for the District of Columbia, Retained by BAE Systems, Inc.

**Headfirst Baseball, LLC, et al., v. Robert Elwood and Stacey Elwood**

C.A. No. 1:13-cv-00536-RBW

Testimony given in Deposition, US District Court for the District of Columbia, Retained by Headfirst Baseball, LLC

**Chevron Corp. and Texaco Petroleum Co. v. The Republic of Ecuador**

Track 2 Arbitration under the UNCITRAL Arbitration Rules

Testimony given at UNCITRAL Arbitration, Retained by The Republic of Ecuador

**Taylor Allegyer vs. Melanie Allegyer**

Case No. CL 2014-4514

Testimony given at Hearing, Circuit Court, Fairfax, VA, Retained by Taylor Allegyer.

**HMS Holdings Corp., et al., v. Sean Curtin, et al.**

Index No. A00754/2014

Testimony given at Evidentiary Hearing, Supreme Court New York, Retained by HMS Holdings, Corp.

**James Swan v. BB&T Securities, LLC**

FINRA Arbitration No. 13-01078

Testimony given at FINRA Arbitration, Retained by BB&T Securities, LLC

**HMS Holdings Corp., et al., v. Public Consulting Group, Inc., et al**

Cause No. DC-14-0947

Testimony given in TI Hearing, District Court, Dallas, TX, Retained by HMS Holdings, Corp.

**HMS Holdings Corp., et al., v. Public Consulting Group, Inc., et al**

Cause No. DC-14-0947

Testimony given in Deposition, District Court, Dallas, TX, Retained by HMS Holdings, Corp.

**Taylor Allegyer vs. Melanie Allegyer**

Case No. CL 2014-4514

Testimony given at Hearing, Circuit Court, Fairfax, VA, Retained by Taylor Allegyer

**American International Biotechnology, LLC v. Breedlove**

Case No. 3:14-cv-229

Testimony given at Hearing, Federal District Court EDVA, Retained by American International Biotechnology, LLC

**Janae Haaland vs. Christopher Marraro**

Case No. CL 2014-289

Testimony given at Deposition, Circuit Court, Fairfax, VA, Retained by Janae Haaland

**ManTech International Corp. v. Analex Corp., et al.**

Case No. 2011-9058

Testimony given at Trial, Circuit Court, Fairfax, VA, Retained by ManTech International Corp.

**US Foods, Inc., v. Michael Noble & Phillip Roszak**

AAA Case No. 13 166 01022 13

Testimony given in AAA Hearing, Retained by US Foods, Inc.

**Wise Recycling, LLC v. Gary Taylor, et al.**

Case No. 12-CVS-2139

Testimony given in Deposition, Superior Court of North Carolina, Johnston County, Retained by Wise Recycling, LLC

**Tullett Prebon, PLC, et al. v. BGC Partners, Inc.**

Civil Action No. HUD-L-3796-11

Testimony given in Deposition, Superior Court of New Jersey, Hudson County, Retained by John DelVecchio and Peter Ozzimo

**Random Ventures, Inc., et al. v. Advanced Armament Corp, LLC, et al.**

Civil Action 1:12-CV-06792-KBF

Testimony given at Trial, Federal District Court SDNY, Retained by Advanced Armament Corp, LLC

**Professional Massage Training Center, Inc. v. Accreditation Alliance of Career Schools and Colleges**

Civil Action No. 1:12-CV-00911-LO-IDD

Testimony given at Evidentiary Hearing, Federal District Court EDVA, Retained by Professional Massage Training Center, Inc.

**Jennifer J. Taylor v. Republic Services, Inc., et al.**

Civil Action No. 1:12-CV-523

Testimony given at Evidentiary Hearing, Federal District Court EDVA, Retained by Republic Services, Inc.

**Tech Systems, Inc. v. Lovelen Pyles, et al.**

Case No. 1:12-CV-374-GBL-JFA

Testimony given at Trial, Federal District Court EDVA, Retained by Tech Systems, Inc.

**Motors Liquidation Company GUC Trust, v. Appaloosa Investment Ltd. Partnership I, et al.**

Case No. 09-50026, Case No. 12-09802

Testimony given at Trial, SDNY Bankruptcy Court, Retained by Elliott Management Corporation, Fortress Investment Group LLC and Morgan Stanley & Co. International PLC

**Confidential Arbitration**

Testimony given in Confidential Arbitration.

Counsel: Christopher Manning, Williams & Connolly, LLP

**ManTech International Corp. v. Analex Corp., et al.**

Case No. 2011-9058

Testimony given in Deposition, Circuit Court, Fairfax, VA, Retained by ManTech International Corp.

**Motors Liquidation Company GUC Trust, v. Appaloosa Investment Ltd. Partnership I, et al.**

Case No. 09-50026, Case No. 12-09802

Testimony given in Deposition, SDNY Bankruptcy Court, Retained by Elliott Management Corporation, Fortress Investment Group LLC and Morgan Stanley & Co. International PLC

**Tristi Ann Boone v. Dinh Tran Quang Nguyen**

Case No. CL00069833-00

Testimony given at Hearing, Circuit Court, Loudon, VA, Retained by Tristi Boone

**Aon Risk Services Northeast, Inc. And Aon Corp. v. M. Cusack and Alliant Insurance Services, Inc.**

Index No. 651673/2011

Testimony given in Preliminary Injunction Hearing, Supreme Court of the State of New York, Retained by Alliant Insurance Services, Inc.

**DynCorp International, LLC v. Jane T. Flowers, et al.**

Case No. CL2011-8117

Testimony given in Deposition, Circuit Court, Fairfax, VA, Retained by DynCorp, International, LLC

**ManTech International Corp. v. Barry Greenberg, et al.**

Case No. 2008-5845

Testimony given in Trial, Circuit Court, Fairfax, VA, Retained by ManTech International Corp.

8

**Energy EIAC Capital ltd and Sanibel Intertrade Corp. v. Maxim Group, LLC**

Index No. 650180/2010

Testimony given in Hearing, Supreme Court of the State of New York, Retained by Energy EIAC Capital Ltd.

**ManTech International Corp. v. Barry Greenberg, et al.**

Case No. 2008-5845

Testimony given in Deposition, Circuit Court, Fairfax, VA, Retained by ManTech International Corp.

**Lumber Liquidators, Inc. v. Kevin H. Sullivan**

Case No. 11 166 00490 10

Testimony given in American Arbitration Association Arbitration, Retained by Lumber Liquidators, Inc.

**James River Management Co., Inc., et al v. Michael P. Kehoe, et al.**

Civil Action No. 3:09CV387-REP

Testimony given in Hearing, Federal District Court, EDVA, Retained by James River Management, Inc.

**Leor Exploration & Production, LLC et al., v. Guma Aguiar**

Case No. 09-60136-CV-PAS; Case No. 09-60683-CV-PAS

Testimony given in Evidentiary Hearing, Federal District Court, SDFL, Retained by Guma Aguiar

**James River Management Co., Inc., et al v. Michael P. Kehoe, et al.**

Civil Action No. 3:09CV387-REP

Testimony given in Deposition, Federal District Court, EDVA, Retained by James River Management, Inc.

**Applied Materials, inc., v. Advanced Micro-Fabrication Equipment, Inc. China, et. al.**

Case No. C07-05248

Testimony given in Deposition, Federal District Court, NDCA, San Jose Division, Retained by Applied Materials

**John B. Mazur v. TRG Holdings LLC., et al.**

Civil Action No. 08 CA 000809

Testimony given in Evidentiary Hearing, Superior Court of the District of Columbia, Retained by John B. Mazur

**John B. Mazur v. TRG Holdings LLC., et al.**

Civil Action No. 08 CA 000809

Testimony given in Deposition, Superior Court of the District of Columbia, Retained by John B. Mazur

9

**Sterling Merchandising, Inc. v. Nestlé, S.A. et al.**

Civil No. 06-1015 (SEC)

Testimony given in Deposition, District Court, Puerto Rico, Retained by Nestlé, S.A.

**Interbake Foods, LLC v. Bakery, Confectionery, Tobacco Workers and Gran Millers International Union (BCTGM), Local 68**

NLRB Case No. 5CA-33158, 5CA-33300, 5CA-34261

Testimony given in Trial, National Labor Relations Board, Region 5, Retained by Interbake Foods, LLC.

**David W. Howard v. Lumber Liquidators, Inc.**

JAMS Arbitration Ref. No. 1410004567

Testimony given in JAMS Arbitration. Retained by Lumber Liquidators, Inc.

**Bi-State Development Agency of the Missouri-Illinois Metropolitan District v. Cross County Collaborative Joint Venture, et. al.**

Case No. 04-CC-003335

Testimony given in Trial, Circuit Court, St. Louis, MO. Retained by: Bi-State Development Agency of the Missouri-Illinois Metropolitan District

**Jerry I. Treppel v. Biovail Corporation, Eugene N. Melnyk, Kenneth C. Cancellara, Michael S. Sitrick and Sitrick and Company, Inc.**

Case No. 03 Civ. 3002

Testimony given in 30(b)(6) Deposition, Federal District Court SDNY. Retained by Biovail Corporation

**American Civil Liberties Union, et al, v. Alberto Gonzales**

Case No. 98-CV-5591

Testimony given in Deposition, Federal District Court, EDPA. Retained by American Civil Liberties Union

**DAG Petroleum Suppliers, LLC v. BP p.l.c. and BP Products North America, Inc.**

Case No. 1:05-CV-1323

Testimony given in Deposition, Federal District Court, EDVA. Retained by DAG Petroleum Suppliers, LLC

**IECS, LLC v. Abdallah Walid El Kabbani**

Case No. 1:06-CV-90

Testimony given in Hearing, Federal District Court, EDVA. Retained by IECS, LLC

**United States v. Daniel Bayly, et al.**

Case No. 4:04-CR-00363-1

Testimony given in Trial, Federal District Court, SDTX. Retained by US Government

**Hach Company v. Michelle Haubrich**

Case No. 04-CV-1639

Testimony given in Hearing, District Court, Larimer, CO. Retained by Hach Company

**Scott & Stringfellow v. Jefferies Group, Inc**

Testimony and Evidence given in Hearings, NASD-DR Arbitration, and in Henrico, VA, Circuit Court. Retained by Scott & Stringfellow

**Walton Street v. Ocwen Asset Investment Corp.**

Case No. 1999-L-006116

Evidence given in Deposition, Cook, IL, Circuit Court. Retained by Ocwen Asset Investment Corp.

**Henry N. Camferdam, Jr. et al. v. Ernst & Young International, Inc., et al.**

Case No. 1:02-CV-10100

Testimony given in Hearing, Federal District Court, SDNY. Retained by Ernst & Young International, Inc., et al.

**DMG Securities v. Bashion, Cruz**

Case No. 03-06845

Testimony given in Hearing, NASD-DR Arbitration. Retained by DMG Securities

**CERTIFICATION AND TRAINING**

Certified Computer Examiner (CCE) 2005 - 2019

Member New York Bar Association, 1998 – present

Member Washington, DC Bar, 1999 – present

Member Virginia Bar Association, 2004 – 2009

Member HTCIA

HTCIA Computer Forensic Certification

HTCIA Instructor

Encase Intermediate Certification

National Consortium for Justice Information and Statistics (SEARCH) Computer Forensic Certification

HTCIA/RCFG GMU Computer Forensic Certification

Kroll Computer Forensics Certification

Co-Chair, ABA Sub-committee on Electronic Evidence 1999 – 2004

Private Investigator, Virginia 2002 - 2016

Private Detective, Washington, DC 1997 – 2001

**EDUCATION**

**Washington College of Law, 1997**

JD

**Cornell University, 1993**

Bachelor of Arts, Biology