# Racich Decl. Exhibit B



## ATTACHMENT A

Statement of Services and Professional Fees

Pursuant to the Engagement Agreement dated July 22, 2024, Vestigant, LLC ("Vestigant") will provide the services described below to REVLON (the "Client") and its counsel Steptoe, LLP (the "Firm").

Vestigant will provide services at the below hourly rates.

**Professional Consultant Hourly Rates**

| Standard Professional/Expert Rates | Hourly Rate |
| --- | --- |
| Computer Forensics Investigation | $400 |
| Computer Forensics Testimony | $475 |
| Computer Forensics Expert Report | $475 |
| Expert Consulting | $475 |

| J. Christopher Racich Rates | Hourly Rate |
| --- | --- |
| Computer Forensics Investigation | $450 |
| Computer Forensics Testimony | $600 |
| Computer Forensics Expert Report | $600 |
| Expert Consulting | $600 |

**Costs/Administrative Fee**

Vestigant charges a $25 per month, per unit storage charge that is billed on a quarterly basis. In addition, Vestigant charges an amount equal to 3% of the professional fees billed, which is payable as an administrative fee, to cover non-passthrough overhead and non-billable time expended on each matter.

**Out-of-pocket Costs/Pass-through Expenses**

Out-of-pocket and pass-through expenses, including but not limited to, transportation (airline tickets, taxi, etc.), lodging, mileage and meals, will be billed directly to the Client. Vestigant, LLC will be happy to work with the Client's in-house travel consultant upon request and if possible. Vestigant, LLC will always seek the lowest fares available for any travel-related expenses within the time-frames and logistics dictated by the Firm or the Client.

_____