# Racich Decl. Exhibit C

# Filed Under Seal