# Racich Decl. Exhibit D

# Filed Under Seal