# Racich Decl. Exhibit E

Dear Gianni,

Thank you for your time on Friday. I truly appreciate you taking the time to get to know me, my values, how I express myself and where I see myself in the future.

It was also a pleasure getting to know you, hearing about your background and your role on the GBB board. Thank you for sharing more on the future vision of Give Back Beauty & the unique point of difference vs. other leading beauty companies.

It was refreshing to hear about the entrepreneurial spirit, the transparent communication, encouragement for leaders to have a point of view and the respect for the people, the brands & the consumers. Lastly, I thank you for your confidence in my experience in various professional environments, ability to be agile and vocalize my xxxx.

Dear Gianni,

Thank you for your time on Friday. I truly appreciate you taking the time to get to know me, my values, how I express myself and where I see myself in the future.

It was also a pleasure getting to know you, hearing about your background and your role on the GBB board. Thank you for sharing more on the future vision of Give Back Beauty & the unique point of difference vs. other leading beauty companies.

It was refreshing to hear about the entrepreneurial spirit, transparent communication, and the respect for people, brands & consumers. Lastly, I thank you for your confidence in my experience in various work environments, ability to be agile and encouragement to vocalize my point of view.

Best,

Ashley