# Racich Decl. Exhibit F

Hi Corrado,

Thank you. I share your enthusiam and I am truly thrilled to be joining the GBB team.

I am happy to hear that Vanessa was pleasantly surprised by the news. I am looking forward to continuing our professional relationship.

Thank you for your kindness and understanding of the stressful nature of resigning from my position. However stressful it may be, I know that I am being true to myself and doing the right thing. I can confirm that I provided formal notification of my resignation this afternoon.

Over the past week, it has been a pleasure meeting you and the key management team. I appreciate the time that was spent sharing the vision of GBB and its core values. In even this short amount of time, I can already see the core value of respect for the people, the brands, and the consumer exemplified.

Thank you again for this opportunity. I am very much looking forward to working together, leaning from you and the team and continuing to grow the GBB business.

Best,

Ashley