Case 1:24-cv-06438-ER     Document 48-7     Filed 09/14/24     Page 1 of 1

# Racich Decl. Exhibit G

# Filed Under Seal