# Racich Decl. Exhibit H

# Filed Under Seal