# Dockterman Decl. Exhibit A

# Reid Mulvihill

Vice President, Global Marketing - Fragrance at Give Back Beauty
New York City Metropolitan Area

## Contact

www.linkedin.com/in/reidmulvihill
(LinkedIn)

## Top Skills

Brand Awareness
Strategic Thinking
Visual Communication

## Languages

English (Native or Bilingual)

## Summary

Brand enthusiast working in the beauty industry.

---

## Experience

**Give Back Beauty**
Vice President, Global Marketing - Fragrance
June 2024 - Present (4 months)
New York, United States

**Revlon**
6 years 11 months

Director, Global Marketing - Fragrance
November 2023 - May 2024 (7 months)
New York, United States

Prestige Designer Fragrances

Senior Manager, Global Marketing - Fragrance
December 2020 - November 2023 (3 years)

Designer Fragrances (John Varvatos & Allsaints)

Manager, Global Marketing - Fragrance
October 2018 - December 2020 (2 years 3 months)
Greater New York City Area

Juicy Couture Fragrances & Color Cosmetics

Associate Brand Manager, Global Marketing - Fragrance
July 2017 - October 2018 (1 year 4 months)
Greater New York City Area

Mass & Prestige Fragrances (Curve & Elizabeth Taylor)

**Elizabeth Arden**
3 years 6 months

Coordinator, Global Marketing - Fragrance
August 2014 - July 2017 (3 years)
Ny, Ny

Page 1 of 2

Grow GSV of the fragrance portfolio for Curve, Elizabeth Taylor, and Ed Hardy and Lucky Brand in prestige and mass channels through development of new innovations and targeted media plans for North America and global markets

Marketing Temp,  Global Marketing - Prestige Skincare
February 2014 - August 2014 (7 months)
Greater New York City Area

Grew Elizabeth Arden's Prestige skincare brands through new innovations on Ceramide and Prevage based on emerging trends

Coty
Marketing Intern - Global Fragrance
March 2013 - August 2013 (6 months)
Greater New York City Area

During a six month contract, worked with the Guess global marketing team on 5 major fragrance launches. Responsibilities consisted of communicating with both in house and external creative teams to take ideas from new concept stage to final execution, while maintaining brand integrity. Daily tasks allowed exposure to multiple facets of the business including creative development, inventory control, feasibility costing, SAP analysis, global market interaction, and marketing strategy.

## Education

Lehigh University
Bachelor of Science in Business and Economics, Marketing, Product Design