# Dockterman Decl. Exhibit C



# GIVE BACK BEAUTY APPOINTS PATRIZIO STELLA AS GROUP CEO – January 11, 2024

Give Back Beauty, the global privately-owned beauty company, announced today the appointment of Patrizio Stella to the position of Group CEO, effective immediately.

Stella will lead the Group, directly reporting to the Board of Directors headed by Corrado Brondi, founder and controlling shareholder of the Group. Stella will manage the entire Group organization, covering global partnerships, licensing and distribution agreements across all divisions and the entire portfolio of brands.

Corrado Brondi will assume the role of Executive Chairman, focusing on the Group corporate and brands strategies.

Patrizio Stella has an extensive entrepreneurial and managerial track-record, with over two decades in senior leadership positions at global Luxury and Beauty companies. After significant experiences in Procter & Gamble and Johnson & Johnson in the early 2000s, he was the global CEO of Bulgari Parfums and Cosmétiques, before being appointed

Cookies

Case 1:24-cv-06439-ER   Document 49-3   Filed 09/14/24   Page 3 of 4



position of CEO at Desire Fragrances Group.

**PRESS**

### GBB TAKES OVER MERCEDES-BENZ FRAGRANCE LICENSE WWD – April 16, 2024

16 Apr 2024

### GIVE BACK BEAUTY APPOINTS PATRIZIO STELLA AS GROUP CEO – January 11, 2024

11 Jan 2024

### GBB AND ZEGNA ANNOUNCED A LONG-TERM LICENSE AGREEMENT WWD – November 6, 2023

06 Nov 2023

### CORRADO BRONDI GIVE BACK BEAUTY CEO – CLASS CNBC INTERVIEW – May 17, 2023

18 May 2023

### GLOBAL LICENSE OF GBB WITH TOMMY HILFIGER WWD – January 18, 2022

18 Jan 2022

**GBB GROUP**

Cookies



PRESTIGE
LIFESTYLE
TALENTS
HYBRID MODELS
BEAUTY & LUXURY
NON-PROFIT ADVISORY

**LINK**

TERMS OF USE
PRIVACY NOTICE

All rights reserved © Give Back Beauty

Give Back Beauty

Cookies