# Dockterman Decl. Exhibit D

## Contact

www.linkedin.com/in/corrado-brondi-3285231 (LinkedIn)

## Top Skills

Cosmetics
Business Development
Fragrance

# Corrado Brondi

Founder and Chairman of Give Back Beauty
Milan, Lombardy, Italy

## Experience

**Give Back Beauty**
Founder and Chairman
September 2019 - Present (5 years 1 month)

**Beauty and Luxury**
Founder
March 2010 - Present (14 years 7 months)
Milan Area, Italy

**Selective Beauty**
Founder and CEO
February 2000 - August 2009 (9 years 7 months)

**Kenzo Parfums  (LVMH Group)**
European Director
January 1996 - January 2000 (4 years 1 month)

**Goldman Sachs**
Financial Analyst
January 1994 - December 1994 (1 year)

**Bain & Company**
Financial Analyst
September 1992 - December 1993 (1 year 4 months)

---

## Education

**INSEAD**
MBA, Management and entrepreneurship · (1995 - 1995)

**Università Bocconi**
Undergraduate, International Business · (1987 - 1991)