# Dockterman Decl. Exhibit E

| | |
|---|---|
| **From:** | Jordi Agusti - Give Back Beauty[jordi.agusti@givebackbeauty.com] |
| **Organizer:** | Fass, Ashley[ashley.fass@revlon.com] |
| **Attendees:** | Fass, Ashley; Jordi Agusti - Give Back Beauty |
| **Subject:** | Meeting (ScheduledMeeting)/Thread Id: 19:meeting_ZWUyMTI1ODUtYzA5NC00OGJkLWFiNzAtOTg4NjE0ZjZjZDFj@thread.v2/Communication Id: 200cdd5c-1d0b-45bc-9f9f-36f3e562822b/Fass, Ashley,Jordi Agusti - Give Back Beauty |
| **Importance:** | Normal |
| **Start Time:** | Mon 4/22/2024 2:29:35 PM (UTC) |
| **End Time:** | Mon 4/22/2024 3:17:14 PM (UTC) |
| **Required Attendees:** | Fass, Ashley; Jordi Agusti - Give Back Beauty |

Start Time (UTC): 4/22/2024 2:29:34 PM
End Time (UTC): 4/22/2024 3:17:13 PM
Duration: 00:47:39.0157645

[4/22/2024 2:29:34 PM (UTC)] ashley.fass@revlon.com joined.
[4/22/2024 3:17:02 PM (UTC)] ashley.fass@revlon.com left.
[4/22/2024 2:30:00 PM (UTC)] jordi.agusti@givebackbeauty.com joined.
[4/22/2024 3:17:13 PM (UTC)] jordi.agusti@givebackbeauty.com left.