AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| REVLON CONSUMER PRODUCTS, LLC and ELIZABETH ARDEN, INC.,<br>*Plaintiffs*<br><br>v.<br><br>GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL and ASHLEY FASS,<br>*Defendants* | Case No.   1:24-cv-6438-ER-RWL |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL and ASHLEY FASS.

Date: September 14, 2024

/s/ *John J. Cotter*
*Attorney's signature*

John J. Cotter, Bar No. JC6054
*Printed name and bar number*

K&L GATES LLP
One Congress Street, Suite 2900
Boston, MA  02114-2023
*Address*

john.cotter@klgates.com
*E-mail address*

(617) 261-3178
*Telephone number*

(617) 261-3175
*FAX number*

508170200.1