Elyse D. Echtman
+1 212 378-7551 direct
eechtman@steptoe.com

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

**Steptoe**

September 20, 2024

**Via ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *Revlon Consumer Products LLC, et al. v Give Back Beauty S.A., et al.,*
Case No. 1:24-cv-06438-ER-RWL—Letter Motion to Bring Electronic Devices to Courthouse

Dear Judge Ramos:

We represent Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc. (the "Plaintiffs") in this action. On September 25, 2024 at 2:30 p.m., we are scheduled to appear before the Court for a hearing on Plaintiffs' Motions for Preliminary Injunction and Expedited Discovery, as well as a Status Conference. Pursuant to Standing Order M10-468, Plaintiffs submit this Letter Motion for permission for the Steptoe attorneys, Plaintiffs' in-house counsel, Revlon executive Will Cornock, and Plaintiffs' computer forensics expert, to bring personal electronic devices and laptops, along with related cords and cables, into the courthouse for use in the proceedings. Attached as Exhibit A is a Proposed Order.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Elyse D. Echtman*
Elyse D. Echtman

*Counsel for Plaintiffs*

Enclosure

cc:   Ronie M. Schmelz (via ECF)
      John J. Cotter (via ECF)