UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REVLON CONSUMER PRODUCTS LLC
and ELIZABETH ARDEN, INC.,

          Plaintiffs,

-against-

GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL, and ASHLEY FASS,

          Defendants.

Case No. 1:24-cv-06438-ER-RWL

**AFFIDAVIT OF RYAN Q. KEECH IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Ryan Q. Keech, declare under penalty of perjury as follows:

1. I am an attorney duly licensed to practice law in the State of California and the District of Columbia.

2. Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I submit herewith Certificates of Good Standing issued within thirty (30) days from each state court in which I am a member of the bar.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently pending against me in any state or federal court.

1

I declare under penalty of perjury of the laws of the United Staes of America that the foregoing is true and accurate.

Executed this 20th day of September 2024

_____
Ryan Q. Keech

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

The foregoing instrument was signed and sworn to (or attested) before me on this 20th day of September, 2024, by Ryan Q. Keech.

[SEAL]

_____
(Notary Signature)

VICTORIA ROSA TUNBERG
(Notary Printed Name)
Notary Public for the State of California
My Commission expires: Sept. 12th, 2027

[Notary Stamp: VICTORIA ROSA TUNBERG, Notary Public - California, Los Angeles County, Commission # 2463120, My Comm. Expires Sep 12, 2027]

2