# Exhibit 1

| Brand # | Brand name | # of changes | # licensees/ owners | Licensee name | Period |
|---|---|---|---|---|---|
| 1 | Valentino | 3 | 1 | Unilever | Until 2003 |
| | | | 2 | Procter & Gamble | 2003 - 2010 |
| | | | 3 | PUIG | 2011 - 2018 |
| | | | 4 | L'Oreal | Since January 2019 |
| 2 | Prada | 1 | 1 | PUIG | Until 2020 |
| | | | 2 | L'Oreal | Since January 2021 |
| 3 | Guess | 2 | 1 | Parlux | Until 2009 |
| | | | 2 | Coty | 2009 - 2018 |
| | | | 3 | Interparfums | Since April 2018 |
| 4 | Montblanc | 2 | 1 | Wella/ Cosmopolitan Cosmetics | Until 2003 |
| | | | 2 | Procter & Gamble | 2003 - 2010 |
| | | | 3 | Interparfums | Since July 2010 |
| 5 | Donna Karan | 2 | 1 | In-house management | Until 1997 |
| | | | 2 | Estee Lauder | 1997 - 2022 |
| | | | 3 | Interparfums | Since July 2022 |
| 6 | Michael Kors | 1 | 1 | Estee Lauder | Until 2021 |
| | | | 2 | Euroitalia | Since 2022 |
| 7 | Lacoste | 2 | 1 | Procter & Gamble | Until 2015 |
| | | | 2 | Coty | 2016 - 2023 |
| | | | 3 | Interparfums | Since January 2024 |
| 8 | Hugo Boss | 2 | 1 | Betrix | Until 1991 |
| | | | 2 | Procter & Gamble | 1991 - 2016 |
| | | | 3 | Coty | Since 2017 |
| 9 | Gucci | 2 | 1 | Wella/ Cosmopolitan Cosmetics | Until 2003 |
| | | | 2 | Procter & Gamble | 2003 - 2016 |
| | | | 3 | Coty | Since 2016 |
| 10 | Calvin Klein | 1 | 1 | Unilever | Until 2005 |
| | | | 2 | Coty | Since 2005 |
| 11 | Roberto Cavalli | 2 | 1 | ICR-ITF | Until 2011 |
| | | | 2 | Coty | 2011 - 2023 |
| | | | 3 | Interparfums | Since July 2023 |
| 12 | Burberry | 2 | 1 | Interparfums | Until 2012 |
| | | | 2 | In-house management | 2013 - 2017 |
| | | | 3 | Coty | Since 2017 |
| 13 | Karl Lagerfeld | 2 | 1 | Unilever | Until 2005 |
| | | | 2 | Coty | 2005 - 2012 |
| | | | 3 | Interparfums | Since 2012 |
| 14 | Balmain | 2 | 1 | Emoire of Scents | Until 2012 |
| | | | 2 | Interparfums | 2012-2017 |
| | | | 3 | Estee Lauder | Since 2022 |
| 15 | Boucheron | 1 | 1 | L'Oreal | Until 2010 |
| | | | 2 | Interparfums | Since January 2011 |
| 16 | All Saints | 1 | 1 | Revlon | 2018-2024 |
| | | | 2 | ScentBeauty | Since 2024 |
| 17 | Kate Spade | 2 | 1 | Estee Lauder | Until 2010 |
| | | | 2 | Elizabeth Arden / Revlon | 2010-2022 |
| | | | 3 | Interparfums | Since July 2022 |
| 18 | John Varvatos | 1 | 1 | Shiseido | Until 2010 |
| | | | 2 | Elizabeth Arden / Revlon | Since 2010 |
| 19 | Juicy Couture | 1 | 1 | Liz Claiborne | Until 2008 |
| | | | 2 | Elizabeth Arden / Revlon | Since 2008 |
| 20 | Christina Aguilera | 1 | 1 | Procter & Gamble | Until 2016 |
| | | | 2 | Elizabeth Arden/ Revlon | Since 2016 |