# Exhibit 4

**BRITNEY BRANDS Inc.**

*To:* **Givaudan SA**
Chemin de la Parfumerie 5 Vernier,
Geneve, 1214
Switzerland

August 13th, 2024

**Re: Letter of appointment**

Dear Sirs,

We the undersigned, Britney Brands Inc., a company incorporated under the laws of Louisiana (US), having its registered office at 4123 LANKERSHIM BLVD., North Hollywood, 91602 CA, United Stated and represented by Mrs. Britney Jean Spears, hereby confirm that:

- The international group Give Back Beauty ("**GBB**") has been appointed as new exclusive licensee pursuant to a worldwide licensing agreement effective as of January 1, 2025, in connection with the manufacturing, marketing, distribution and sale in the territory of fragrance products bearing the "Britney" / "Britney Spears" trademarks;
- The existing license agreement ("**Agreement**") between Britney Brands Inc. ("**Licensor**") and Revlon Inc. ("**Licensee**") is expiring on December 31st, 2024, and, upon the expiration of such Agreement, Licensee must cease using the fragrance formula, and Licensor automatically receives from Licensee an exclusive, worldwide, perpetual, royalty-free license to use and exploit the fragrance formula.
- GBB is duly authorized to take immediately all necessary actions with suppliers before the starting date of the licensing agreement, as mentioned above, to ensure the continuity of the business.

In light of the above , we kindly ask you to provide GBB with all the requested information and details regarding the fragrance formulas contained in the products bearing the "Britney" / "Britney Spears" trademarks, in order to enable GBB to proceed with the successful production and commercialization of the same products. Such cooperation between Givaudan and GBB is essential to ensure the uniformity and quality of the product offering. Your cooperation will help ensure a smooth transition of the business with retailers and consumers; we thank you in advance for your support and continued collaboration.

Best regards,

*[signature: Cadell Hudson]*

**Britney Brands Inc.**