# K&L GATES

Ronie M. Schmelz
Partner
Ronie.Schmelz@klgates.com

T +1 310 552 5002
F +1 310 552 5001

September 23, 2024

**VIA ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Revlon Consumer Products LLC et al. v. Give Back Beauty S.A. et al.,*
Case No. 1:24-cv-6438 – Request to Strike Docket Entry

Dear Judge Ramos:

Defendants hereby apply for an order striking Docket Entry 76. This document was filed inadvertently and mislabeled and is duplicative of Docket Entry 75. Accordingly, Defendants respectfully request that the Court strike Docket Entry 76.

Respectfully submitted,

/s/ Ronie M. Schmelz

Ronie M. Schmelz
Partner

K&L GATES LLP
10100 SANTA MONICA BOULEVARD   EIGHTH FLOOR   LOS ANGELES   CA 90067
T +1 310 552 5000  F +1 310 552 5001  klgates.com

1