# K&L GATES

Ronie M. Schmelz
Partner
Ronie.Schmelz@klgates.com

T +1 310 552 5002
F +1 310 552 5001

September 23, 2024

**<u>VIA ECF</u>**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Revlon Consumer Products LLC et al. v. Give Back Beauty S.A. et al.,*
   Case No. 1:24-cv-6438 – Request to Reference Attorney's Eyes Only and
   Confidential Material

Dear Judge Ramos:

      Pursuant to the Court's rules and procedures, Counsel for Defendants Give Back Beauty, Vanessa Kidd, Ashley Fass, Dominick Romeo, and Reid Mulvihill write to respectfully inform Your Honor of the likelihood that the parties will need to reference in argument the content of certain materials the Defendants have filed under seal and designated under their Stipulated Protective Order as Confidential and/or Attorney's Eyes Only. Defendants appreciate the Court's assistance in managing access to the courtroom during argument to permit compliance with the parties' Stipulated Protective Order.

      Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/ Ronie M. Schmelz

Ronie M. Schmelz
Partner