# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

*Phone:*   (212) 885-5345
*Fax:*     (917) 332-3736
*Email:*   andrew.hambelton@blankrome.com

September 24, 2024

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Revlon Consumer Products LLC et al. v. Give Back Beauty S.A. et al.*,
              Case No. 1:24-cv-6438

Dear Judge Ramos:

    Defendants Give Back Beauty S.A., Give Back Beauty, LLC, Give Back Beauty Americas, LLC, Give Back Beauty International LLC, and Give Back Beauty Holding Ltd, hereby submit an application, which is appended hereto as Exhibit A, for an Order permitting the individuals listed in the exhibit to bring electronic devices into the Courthouse on September 25, 2024, in connection with the hearing of this matter.

    Thank you for your consideration of this request.

                                     Respectfully submitted,

                                     */s/ Andrew T. Hambelton*

                                     Andrew T. Hambelton

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REVLON CONSUMER PRODUCTS, LLC and ELIZABETH ARDEN, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL and ASHLEY FASS,<br><br>Defendants. | Case No. 1:24-cv-6438-ER |

**IN THE MATTER OF AN APPLICATION TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL**

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorneys and non-attorneys are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

*Revlon Consumer Products LLC et al. v. Give Back Beauty S.A. et al.*,
**Case No. 1:24-cv-6438**

The date for which such authorizations is provided is September 25, 2024.

ORDERED that for the Device(s) checked below SDNY Courtroom Wi-Fi access shall be provided on September 25, 2024.

| Attorney | E-mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Andrew Hambelton | Andrew.Hambelton@blankrome.com | Mobile Phone; Laptop | 619 | X |
| Aubre Dean | Aubre.Dean@blankrome.com | Mobile Phone Laptop | 619 | X |

The individuals identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Devices(s) into the Courthouse or its Environs constitutes a certification by the individual that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated:_____          _____

                                          Hon. Edgardo Ramos, USDJ