Elyse D. Echtman
+1 212 378-7551 direct
eechtman@steptoe.com

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

**Steptoe**

September 24, 2024

**Via ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *Revlon Consumer Products LLC, et al. v Give Back Beauty S.A., et al.,*
Case No. 1:24-cv-06438-ER-RWL—Request for Permission to Exceed Page Limit

Dear Judge Ramos:

We represent Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc. (the "Plaintiffs") in this action alleging, *inter alia*, Defendants' misappropriation of Plaintiffs' trade secrets. Pursuant to Paragraph 2(B)(i) of your Individual Practices, we respectfully request permission to increase the page limit of Plaintiffs' soon-to-be-filed reply memorandum of law in support of Plaintiffs' Motion for Preliminary Injunction from 10 pages to 15 pages.

Although we have endeavored to keep the memorandum within the page limits, we require additional pages to adequately address the factual material and arguments in Defendants' memorandum in opposition, seven declarations, and exhibits.

Thank you for your consideration of this request.

Respectfully submitted,

*s/ Elyse D. Echtman*
Elyse D. Echtman

*Counsel for Plaintiffs*