# Racich Supp. Decl. Exhibit A

USB Devices

Record 1

| | |
|---|---|
| Tags | Evidence |
| Device Class ID | Disk&Ven_TOSHIBA&Prod_External_USB_3.0&Rev_5438 |
| Serial Number | 20180303008432F&0 |
| Friendly Name | TOSHIBA External USB 3.0 USB Device |
| Last Connected Date/Time - UTC-05:00 (M/d/yyyy)[DST] | 5/23/2024 11:38:02.688 AM |
| Install Date/Time - UTC-05:00 (M/d/yyyy)[DST] | 5/8/2024 6:04:32.598 PM |
| First Install Date/Time - UTC-05:00 (M/d/yyyy)[DST] | 5/8/2024 6:04:32.598 PM |
| Last Insertion Date/Time - UTC-05:00 (M/d/yyyy)[DST] | 5/23/2024 11:38:02.688 AM |
| Last Removal Date/Time - UTC-05:00 (M/d/yyyy)[DST] | 5/23/2024 11:54:19.795 AM |
| Device Description | @disk.inf,%disk_devdesc%;Disk drive |
| Manufacturer | @disk.inf,%genmanufacturer%;(Standard disk drives) |
| Source | • 0207_0005-IT002_AFass.E01 - Partition 3 (223.21 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 223.21 GB)\Windows\System32\config\SYSTEM |
| Location | • Registry Key: HKLM\SYSTEM\ControlSet001\Enum\USBSTOR\Disk&Ven_TOSHIBA&Prod_External_USB_3.0&Rev_5438\20180303008432F&0<br>• Registry Key: HKLM\SYSTEM\ControlSet001\Enum\USB\VID_0480&PID_0900\20180303008432F<br>• Registry Key: HKLM\SYSTEM\ControlSet001\Control\DeviceClasses\{53f56307-b6bf-11d0-94f2-00a0c91efb8b}\##?#USBSTOR#Disk&Ven_TOSHIBA&Prod_External_USB_3.0&Rev_5438#20180303008432F&0#{53f56307-b6bf-11d0-94f2-00a0c91efb8b}<br>• Registry Key: HKLM\System\ControlSet001\Enum\USBSTOR\Disk&Ven_TOSHIBA&Prod_External_USB_3.0&Rev_5438\20180303008432F&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0066<br>• Registry Key: HKLM\System\ControlSet001\Enum\USBSTOR\Disk&Ven_TOSHIBA&Prod_External_USB_3.0&Rev_5438\20180303008432F&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0067<br>• Registry Key: HKLM\System\ControlSet001\Enum\USBSTOR\Disk&Ven_TOSHIBA&Prod_External_USB_3.0&Rev_5438\20180303008432F&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0064<br>• Registry Key: HKLM\System\ControlSet001\Enum\USBSTOR\Disk&Ven_TOSHIBA&Prod_External_USB_3.0&Rev_5438\20180303008432F&0\Properties\{83da6326-97a6-4088-9453-a1923f573b29}\0065 |
| Evidence number | • 0207_0005-IT002_AFass.E01 - Partition 3 (223.21 GB)_decrypted |
| Recovery method | • Parsing |
| Item ID | 39586 |