# King Decl. Exhibit A



After printing this label:
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



FedEx

☰

FedEx® Tracking

⋮



SHOPRUNNER by FedEx.
**Ready to shop again?**
Get exclusive deals at your favorite stores.

SHOP NOW

**DELIVERED**

# Wednesday

5/8/24 at 11:21 AM

Your package was released as requested and safely delivered.

Signed for by: Signature release on file

⬇ **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered ✅

🗓 **Report missing package**

**TRACKING ID**

734684271450  ✏ ☆

**FROM**
SCARSDALE, NY US

*Label Created*
5/2/24 10:02 AM

**WE HAVE YOUR PACKAGE**
ELMSFORD, NY
5/6/24 3:01 PM

**ON THE WAY**
NEWARK, NJ
5/7/24 9:56 PM

**OUT FOR DELIVERY**
NEW YORK, NY
5/8/24 8:40 AM

**DELIVERED**
NEW YORK, NY US

*Delivered*
5/8/24 at 11:21 AM

⬇ View travel history

Want updates on this shipment? Enter your email and we will do the rest!





MORE OPTIONS

## Shipment facts                                                                              ⌃

  Shipment overview

**TRACKING NUMBER**    734684271450

**SHIP DATE** ⓘ    5/6/24

**STANDARD TRANSIT** ⓘ    5/8/24 before 5:00 PM

**DELIVERED**    5/8/24 at 11:21 AM

  Services

**SERVICE**    FedEx 2Day

**TERMS**    Shipper

**SPECIAL HANDLING SECTION**    Deliver Weekday

  Package details

**WEIGHT**    5 lbs / 2.27 kgs

**DIMENSIONS**    18x13x3 in.

**TOTAL PIECES**    1

**TOTAL SHIPMENT WEIGHT**    5 lbs / 2.27 kgs

**PACKAGING**    Your Packaging

↑ Back to to

## Travel history                                                                              ⌃

**SORT BY DATE/TIME**

| Ascending | ⌄ |
|---|---|

**Time zone**

| Local Scan Time | ⌄ |
|---|---|



- 10:02 AM
**Shipment information sent to FedEx**

Monday, 5/6/24

- 10:38 AM
**Picked up**
SCARSDALE, NY

- 10:39 AM
**Shipment arriving On-Time**
SCARSDALE, NY

- 3:01 PM
**Picked up**
ELMSFORD, NY

- 11:25 PM
**Left FedEx origin facility**
ELMSFORD, NY

Tuesday, 5/7/24

- 12:22 AM
**Arrived at FedEx hub**
NEWARK, NJ

- 9:56 PM
**Departed FedEx hub**
NEWARK, NJ

Wednesday, 5/8/24

- 8:40 AM
**On FedEx vehicle for delivery**
NEW YORK, NY

- 11:21 AM
**Delivered**
NEW YORK, NY

↑ Back to to

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

https://www.fedex.com/fedextrack/?trknbr=734684271450&trkqual=2460433000~734684271450~FX          3/4



FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

 United States

**FOLLOW FEDEX** 

© FedEx 1995-2024

Site Map   |   Terms of Use   |   Privacy & Security   |   Ad Choices