**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REVLON CONSUMER PRODUCTS LLC and ELIZABETH ARDEN, INC.<br><br>                                              Plaintiffs,<br><br>     -against-<br><br>GIVE BACK BEAUTY S.A., et al.,<br><br>                                              Defendants. | Case No. 1:24-cv-06438-ER-RWL<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON ORAL MOTION** |

Upon the oral motion of Avril Love, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

Applicant's Name: Avril Love

Firm Name: K&L Gates LLP

Address: 10100 Santa Monica Blvd, 8th Floor

City / State / Zip: Los Angeles, CA 90067

Telephone / Fax: (310) 552-5000

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Give Back Beauty, Vanessa Kidd, Ashley Fass, Dominick Romeo, and Reid Mulvihill in the above entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: _____

United States District Judge