UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REVLON CONSUMER PRODUCTS LLC and ELIZABETH ARDEN, INC.

                  Plaintiffs,

-against-

GIVE BACK BEAUTY S.A., et al.,

                  Defendants.

Case No. 1:24-cv-06438-ER-RWL

**AFFIDAVIT OF AVRIL LOVE**

---

AVRIL LOVE, being duly sworn, deposes and says:

1. I am a member in good standing of the California Bar and currently make an oral application to appear Pro Hac Vice as counsel for Defendants Give Back Beauty, Vanessa Kidd, Ashley Fass, Dominick Romeo, and Reid Mulvihill in the above captioned matter;

2. I have never been convicted of a felony;

3. I have never been censured, suspended, disbarred or denied admission or readmission by any Court;

4. There are no disciplinary proceedings presently against me.

Dated: September 24, 2024
       New York, NY

_____
Avril Love

Sworn to me on this
24 day of September 2024

_____
Notary Public

MARINA SHAUGHNESSY
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SH6341969
Qualified in Nassau County
Commission Expires NOVEMBER 15, 2025

508296703.1