UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REVLON CONSUMER PRODUCTS LLC and ELIZABETH ARDEN, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL and ASHLEY FASS,<br><br>　　　　　　　Defendants. | Case No. 1:24-cv-06438-ER-RWL |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc. hereby appeal, pursuant to 28 U.S.C. § 1292(a)(1), to the U.S. Court of Appeals for the Second Circuit from the order of the district court entered in this action on September 26, 2024 (Dkt. 103), limited to the denial of Plaintiffs' motion for a preliminary injunction.

Dated: October 1, 2024                              Respectfully submitted,

                                                  **STEPTOE LLP**

By:  /s/ *Elyse D. Echtman*

      Elyse D. Echtman
      1114 Avenue of the Americas
      New York, NY 10036
      Telephone:  (212) 506-3900
      Email:  eechtman@steptoe.com

      Michael Dockterman
      227 West Monroe Street, Suite 4700
      Chicago, IL 60606
      Telephone:  (312) 577-1300
      Email:  mdockterman@steptoe.com

      *Attorneys for Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc.*