UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REVLON CONSUMER PRODUCTS LLC and ELIZABETH ARDEN, INC.

                          Plaintiffs,

-against-

GIVE BACK BEAUTY S.A., et al.,

                          Defendants.

Case No. 1:24-cv-06438-ER-RWL

**AFFIDAVIT OF RYAN KEECH**

---

RYAN KEECH, being duly sworn, deposes and says:

1. I am a member in good standing of the State Bar of California and the Bar of the District of Columbia and currently make an oral application to appear Pro Hac Vice as counsel for Defendants in the above captioned matter;

2. I have never been convicted of a felony;

3. I have never been censured, suspended, disbarred or denied admission or readmission by any Court;

4. There are no disciplinary proceedings presently against me.

Dated: September 24, 2024
        New York, NY

                                                                                  Ryan Keech

Sworn to me on this
24 day of September 2024

_____
Notary Public

MARINA SHAUGHNESSY
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SH6341969
Qualified in Nassau County
Commission Expires NOVEMBER 15, 2025

508298099.1