# K&L GATES

Ronie M. Schmelz
Partner
Ronie.Schmelz@klgates.com

T +1 310 552 5002
F +1 310 552 5001

October 11, 2024

**VIA ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Revlon Consumer Products LLC et al. v. Give Back Beauty S.A. et al.,*
Case No. 1:24-cv-6438 – Letter Response to Endorsed Memo (Dkt. 107)

Dear Judge Ramos:

      Defendants have no objection to the Court maintaining under seal slides 5, 14, 17, or 18 of Defendants' presentation, which was provided to the Court at its request at the September 25, 2024 hearing on Plaintiffs' motions for preliminary injunction and expedited discovery. Defendants reserve their right, under the parties' Stipulated Protective Order (Dkt. 54), to challenge Plaintiffs' designations of the underlying Discovery Materials at a later date.

      Defendants merely object to Plaintiffs' characterization that Defendants failed to take necessary precautions to prevent the unintended disclosure of protected information. Defendants repeatedly, in writing and during argument, alerted the Court of its intention to reference Attorneys' Eyes Only material at the hearing, and the Court granted Defendants' application to do so. See, Dkt. 81, 103. Further, Defendants have confirmed to Plaintiffs twice that they are complying with their obligations under the parties' Stipulated Protective Order.

      Nonetheless, for the Court's convenience, Defendants are sending chambers copies, including two identical sets, of an updated demonstrative, which bears the marker "Attorneys' Eyes Only" on slides 5, 14, 17, and 18, as well as the designation "Slides 5, 14, 17, and 18 are for Attorneys' Eyes Only" on the cover page. A courtesy copy of the same has been electronically served to counsel for Plaintiffs.

K&L GATES LLP
10100 SANTA MONICA BOULEVARD   EIGHTH FLOOR   LOS ANGELES   CA 90067
T +1 310 552 5000  F +1 310 552 5001  klgates.com

1

508469930.1

     Defendants hope this will be satisfactory to Plaintiffs and that the parties need not consume more of the Court's time with this matter.

Respectfully submitted,

/s/ Ronie M. Schmelz

Ronie M. Schmelz
Partner

508469930.1