# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone:   (212) 885-5345
Fax:     (917) 332-3736
Email:   andrew.hambelton@blankrome.com

October 14, 2024

**VIA ECF**
Hon. Edgardo Ramos, U.S.D.J.
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *Revlon Consumer Products LLC, et al. v. Give Back Beauty S.A., et al*,
     Case No. 24-CV-06438-ER - Request for Extension of Time to Respond to the Complaint

Dear Judge Ramos:

We represent Defendants Give Back Beauty S.A., Give Back Beauty, LLC, Give Back Beauty Americas, LLC, Give Back Beauty International LLC, and Give Back Beauty Holding Ltd. (collectively, the "GBB Defendants") in the above-captioned action. I write to request a short extension of time to October 30, 2024, for the GBB Defendants to respond to Plaintiffs' Complaint from the current deadline of October 18, 2024. The Court previously granted one extension of time for all Defendants to respond to the Complaint to October 18, 2024. *See* ECF No. 30. The GBB Defendants request the additional time to respond to the Complaint in order to continue to assess and prepare responses to the allegations in the Complaint, which requires consulting with numerous individuals, including individuals outside the United States.

We have conferred with Plaintiffs' counsel and Plaintiffs consent to the requested extension of the GBB Defendants' deadline to respond to the Complaint to October 30, 2024. The requested extension will not alter any other scheduled dates.

Accordingly, the GBB Defendants request that their deadline to respond to the Complaint be extended to October 30, 2024.

Respectfully,

*/s/ Andrew T. Hambelton*

Andrew T. Hambelton

cc:  All counsel of record