

October 16, 2024

Ronie M. Schmelz
Partner
Ronie.Schmelz@klgates.com

T +1 310 552 5002
F +1 310 552 5001

**VIA ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Revlon Consumer Products LLC et al. v. Give Back Beauty S.A. et al.,*
Case No. 1:24-cv-6438 – Request for Extension of Time to Respond to Complaint

Dear Judge Ramos:

      We represent Defendants Vanessa Kidd, Dominick Romeo, Reid Mulvihill, and Ashley Fass in the above-referenced action (collectively, the "Individual Defendants"). We write to respectfully request a short extension, from October 18, 2024 to October 30, 2024, for the Individual Defendants to respond to Plaintiffs' Complaint. The Court previously granted all Defendants, including the Individual Defendants, one extension to respond to the Complaint by October 18, 2024 (*See* ECF No. 30.) The Individual Defendants request additional time to respond to the Complaint in order to continue to assess and prepare responses to the voluminous allegations in the Complaint, and to align the Individual Defendants' response deadline with that of the other Defendants in this action, Give Back Beauty S.A., Give Back Beauty, LLC, Give Back Beauty Americas, LLC, Give Back Beauty International LLC, and Give Back Beauty Holding Ltd. (collectively, the "GBB Defendants"). This is the Individual Defendants' Second Request for an Extension.

      On October 14, 2024, the GBB Defendants requested, and the Court granted, the GBB Defendants until October 30, 2024 to respond to Plaintiffs' Complaint (*See* ECF Nos. 111-112.) The Individual Defendants respectfully request that the Court grant the Individual Defendants a similar extension, for the reasons noted above, so their response deadline is aligned with those of the GBB Defendants. Undersigned counsel has discussed the issue of this extension with counsel for Plaintiffs, and Plaintiffs have agreed to the requested extension so that all Defendants' responses are due on the same timetable.

K&L GATES LLP
10100 SANTA MONICA BOULEVARD   EIGHTH FLOOR   LOS ANGELES   CA 90067
T +1 310 552 5000  F +1 310 552 5001  klgates.com
508494652.1

In light of the above, we respectfully request the Court extend the Individual Defendants' deadline to respond to the Complaint until October 30, 2024.

Respectfully submitted,

*Ronie Schmelz*

Ronie M. Schmelz
Partner