UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REVLON CONSUMER PRODUCTS LLC and ELIZABETH ARDEN, INC., <br><br> *Plaintiffs,* <br><br> vs. <br><br> GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL and ASHLEY FASS, <br><br> *Defendants.* | Index No. 1:24-cv-06438-ER <br><br><br> **CONSENT ORDER GRANTING** <br> **SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the Court, defendant Ashley Fass substitutes Brian C. Dunning and Irene Ribeiro Gee as counsel of record in place of John J. Cotter, Ryan Q. Keech, Ronnie M. Schmelz, and Avril Love.

Contact information for new counsel is as follows:

> Brian C. Dunning
> Irene Ribeiro Gee
> DUNNING RIEVMAN & MACDONALD LLP
> 1350 Broadway, Suite 2220
> New York, New York 10018
> (646) 873-7522
> bdunning@drmlaw.com
> iribeiro@drmlaw.com

I consent to the above substitution.

*[signature]*

Name: Ashley Fass
Date: November 7, 2024

We consent to being substituted.

*[signature]*

Name: John J. Cotter
Date: November 8, 2024

Name: Ryan Q. Keech
Date: November ___, 2024

*[signature]*

Name: Ronie M. Schmelz
Date: November 8, 2024

*[signature]*

Name: Avril Love
Date: November 8, 2024

We consent to the above substitution.

*[signature]*

Name: Brian C. Dunning
Date: November 7, 2024

2

I consent to the above substitution.

_[signature: Ashley Fass]_
_____
Name: Ashley Fass
Date: November 7, 2024


We consent to being substituted.


_____
Name: John J. Cotter
Date: November ___, 2024

_[signature]_
_____
Name: Ryan Q. Keech
Date: November _8_, 2024


_____
Name: Ronnie M. Schmelz
Date: November ___, 2024


_____
Name: Avril Love
Date: November ___, 2024


We consent to the above substitution.

_[signature: Brian C. Dunning]_
_____
Name: Brian C. Dunning
Date: November 7, 2024

2

_[signature]_

Name: Irene Ribeiro Gee
Date: November 7, 2024


The substitution of attorney is hereby approved and SO ORDERED:

Dated this ___ day of _____, 2024.

                                                                  _____
                                                                  Honorable Edgardo Ramos, U.S.D.J.