UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REVLON CONSUMER PRODUCTS LLC and ELIZABETH ARDEN, INC.,

Plaintiffs,

-against-

GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL and ASHLEY FASS,

Defendants.

Case No. 1:24-cv-06438-ER-RWL

**NOTICE OF FILING PROOF OF SERVICE**

PLEASE TAKE NOTICE THAT Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc. ("Plaintiffs") are filing herewith Proof of Service of the Summons, Complaint, Civil Cover Sheet and Rule 7.1 Statement on Defendant Give Back Beauty S.A, a Swiss entity. Service was effected pursuant to Article 6 of the Hague Service Convention on October 7, 2024.

Dated: November 15, 2024

STEPTOE LLP

By: */s/ Elyse D. Echtman*

Elyse D. Echtman
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
Email: eechtman@steptoe.com

Michael Dockterman
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1300
Email: mdockterman@steptoe.com

*Attorneys for Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc.*

# ATTESTATION
CERTIFICATE

**L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

☒ **1. que la demande a été exécutée***
that the document has been served*

| | |
|---|---|
| **– le (date)** / the (date): | 07.10.2024 |
| **– à (localité, rue, numéro):** at (place, street, number): | Tribunal civil - Tribunal de première instance Rue de l'Athénée 6-8 - Genève - Suisse |

**– dans une des formes suivantes prévues à l'article 5 :**
in one of the following methods authorised by Article 5:

| | | |
|---|---|---|
| ☒ | *a)* | **selon les formes légales (article 5, alinéa premier, lettre *a*)*** in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention* |
| ☐ | *b)* | **selon la forme particulière suivante*:** in accordance with the following particular method*: |
| ☐ | *c)* | **par remise simple*** by delivery to the addressee, if he accepts it voluntarily* |

**Les documents mentionnés dans la demande ont été remis à :**
The documents referred to in the request have been delivered to:

| | |
|---|---|
| **Identité et qualité de la personne :** Identity and description of person: | Madame Camille MONSANTO |
| **Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :** Relationship to the addressee (family, business or other): | Mandataire |

☐ **2. que la demande n'a pas été exécutée, en raison des faits suivants* :**
that the document has not been served, by reason of the following facts*:

☐ **Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

***Annexes*** / *Annexes*

| | |
|---|---|
| **Pièces renvoyées :** Documents returned: | Double de l'acte |
| **Le cas échéant, les documents justificatifs de l'exécution :** In appropriate cases, documents establishing the service: | Récépissé<br>Procuration<br>Pièce d'identité<br>Extrait RC |

* s'il y a lieu / if appropriate

| | |
|---|---|
| **Fait à** / Done at Genève,<br><br>**le** / the 21. 10. 2024 | **Signature et / ou cachet**<br>Signature and/or stamp<br>[signature]<br>RÉPUBLIQUE & CANTON DE GENÈVE * TRIBUNAL CIVIL * |

République et canton de Genève
**POUVOIR JUDICIAIRE**
**Tribunal de première instance**

Genève, le 30 septembre 2024

NC/1678/2024 NC NAJ

| | | |
|---|---|---|
| Affaire n° | : | **NC/1678/2024** |
| Geschäfts-Nr | : | **ACTE** |
| Affare n. | : | **1:24-CV-06438-ER** |
| Case n° | : | |
| | | à rappeler lors de toute communication |

## RÉCÉPISSÉ – EMPFANGSBESCHEINIGUNG – RICEVUTA RECEIP – RECIBO

| | |
|---|---|
| Autorité requérante<br>Ersuchende Behörde<br>Autorita richiedente<br>Issuing Authority<br>Autoridad requeriente | KARYN HEISS ESQ<br>Legal language services<br>suite 110<br>8014 State Line Road<br>66208 leawood, Kansas<br>ÉTATS-UNIS |
| Nature de la procédure<br>Art des Verfahrens<br>Natura della procedura<br>Nature of proceeding<br>Naturaleza del procedimiento | |
| Désignation des actes à notifier<br>Bezeichnung der zuzustellenden Akten<br>Designazione degli atti da notificare<br>Indication of the documents to be served<br>Designación de los autos a notificar | ACTE |
| Traduction<br>Übersetzung<br>Traduzione<br>Translation<br>Traducción | |
| Nom et domicile du destinataire<br>Name and Wohnort des Empfängers<br>Nome e domicilio del destinatario<br>Name and address of receiver<br>Filiación y dirección del destinatarion | GIVE BACK BEAUTY SA<br>Rue du Parc 3BIS<br>1207 Genève |
| Nationalité du destinataire<br>Nationalität des Empfängers<br>Nazionalità del destinatario<br>Nationality of receiver<br>Nacionalidad del destinatario | |
| Date de la notification et signature du destinataire<br>Datum der Zustellung und Unterschrift des Empfängers<br>Data della notifica e firma del destinatario<br>Date of service and signature of receiver<br>Fecha de la notificación y firma del destinatario | 07/10/2024<br>MONSANTO CAMILLE<br>[signature] |




**Marie Flegbo-Berney**
Associée
Avocate au Barreau de Genève
LL.M., Fordham University, NY
E marie.flegbo@bonnard-lawson.com
T +41 22 322 25 00

**A qui de droit**

Genève, le 4 octobre 2024

Bonnard Lawson Genève SA
Route du Grand-Lancy 2
Case postale
CH-1211 Genève 26

**Concerne : Procuration**

Je soussignée, Me Marie Flegbo-Berney, de nationalité suisse, née le 11.01.1981, domiciliée à ch. De l'Erse 9, 1218 Le Grand-Saconnex,

confirme par la présente être mandatée par la société **Give Back Beauty SA**, à Genève, selon procuration ci-jointe, et

donne par la présente pouvoir à **Madame Camille Monsanto**, de nationalité luxembourgeoise, née le 06.07.1999 à Etterbeek, demeurant à 2c rue des hautains, 01630 Saint Genis Pouilly, France, afin que cette dernière puisse signer en mon nom tout formulaire et document, requérir tout document en lien avec les affaires courantes de la Société et retirer tout acte judiciaire adressé à la Société.

Marie Flegbo-Berney, av.

Case No.: 1:24-cv-06438-ER

**REQUEST**
**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**
*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

DÉPOSÉ AU GREFFE LE 25 SEP. 2024 RÉP. ET CANTON DE GENÈVE TRIBUNAL DE PREMIÈRE INSTANCE

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| **Identity and address of the applicant** *Identité et adresse du requérant* | **Address of receiving authority** *Adresse de l'autorité destinataire* |
|---|---|
| Karyn Heiss, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR CANTON OF GENEVE<br>Tribunal civil - Tribunal de première instance<br>Rue de l'Athénée 6-8<br>1211 Genève 3<br>SWITZERLAND |

**The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir: (identité et adresse)*

GIVE BACK BEAUTY S.A. (CHE-437.871.020)
Rue de Parc 3bis, 1207 Genève
SWITZERLAND

☒ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*** *(a) selon les formes légales (article 5, alinéa premier, lettre a).* **Service in accordance with the laws of Switzerland for service of documents in its territory**

☐ ~~**(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**~~ ~~*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*~~

☐ ~~**(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:**~~ ~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

**The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*--with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; ANY ATTORNEY; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: https://www.hcch.net/en/states/authorities/details3/?aid=279)**

**List of documents**
*Enumération des pièces*

- Executed "Request"
- "Certificate" (unexecuted)
- "Summary"
- "Notice"
- Summons in a Civil Action, in English and French
- Complaint, in English and French
- Civil Cover Sheet, in English and French
- Plaintiffs' Rule 7.1 Corporate Disclosure Statement, in English and French

**Done at** Leawood, Kansas, U.S.A., **the** 09/20/2024
*Fait à* ________, *le* ________

**Signature and/or stamp.**
*Signature et/ou cachet.*

Karyn D. Heiss

***Delete if inappropriate**
*Rayer les mentions inutiles.*



(Formerly OBD-116 which was formerly LAA-116, both of which may still be used) USM-94 (Est. 11/22/77)