# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

*Phone:* (212) 885-5352
*Fax:* (212) 202-6187
*Email:* Samuel.Levy@BlankRome.com

November 19, 2024

> **MEMO ENDORSED**
>
> The request is granted. The deadline for Defendants to amend their answer is extended to December 4, 2024.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: November 20, 2024
> New York, New York

**VIA ECF FILING**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square – Courtroom 619
New York, New York 10007

**Re:** *Revlon Consumer Products LLC, et al v. Give Back Beauty S.A., et al;* Civil Action No. 1:24-cv-06438-ER

Dear Judge Ramos,

    We are counsel to Defendants Give Back Beauty S.A., Give ~~Back Beauty, LLC, Give Back~~ Beauty Americas, LLC, Give Back Beauty International LLC, and Give Back Beauty Holding Ltd. (collectively, the "GBB Defendants") in the above-referenced action. We write with Plaintiffs' consent to extend from November 20, 2024 to December 4, 2024 the time for the GBB Defendants to amend their Answer (ECF No. 125), including counterclaims.

    For weeks, the parties have been negotiating a resolution of the issues between them, and are close to a comprehensive settlement. The GBB Defendants filing counterclaims at this point may frustrate the possible settlement.

    Plaintiffs consent to this letter motion and to the requested extension of the GBB Defendants' deadline to amend their Answer to December 4, 2024. The requested extension will not alter any other scheduled dates. The Court has previously granted two extensions of time for all Defendants to respond to the Complaint. *See* ECF Nos. 30 and 112.

    We thank the Court for its attention to this letter-motion pursuant Your Honor's Individual Rule 1.A, E.

Respectfully submitted,

*/s/ Samuel D. Levy*
Samuel D. Levy

C: All counsel of record (via ECF)