

**DUNNING RIEVMAN & MACDONALD** LLP
ATTORNEYS AT LAW

Brian C. Dunning
bdunning@drmlaw.com
646-873-7522

December 3, 2024

<u>**VIA ECF FILING**</u>

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

          Re:    <u>*Revlon Consumer Products LLC et al. v. Give Back Beauty S.A., et al.*,
Civil Action No. 1:24-cv-06438-ER</u>

Dear Judge Ramos:

      We are counsel to Defendant Ashley Fass ("Defendant Fass") in the above-referenced action. In accordance with Individual Rule 1.A, E, we write to respectfully request an extension from December 4, 2024, to December 13, 2024, for Defendant Fass to respond to Plaintiffs' Complaint, including counterclaims.

      We have conferred with Plaintiffs' counsel and Plaintiffs consent to the requested extension of Defendant Fass' deadline to respond to the Complaint to December 13, 2024.

      The reason for this request is the parties have been negotiating a resolution and are close to a comprehensive settlement. At this time, filing the Answer may frustrate the possible settlement.

      The requested extension will not alter any other scheduled dates. The court has previously granted three extensions of time for all Defendants to respond to the Complaint. *See* ECF No. 30, 117, 136.

      In light of the above, we respectfully request the Court extend Defendant Fass' deadline to respond to the Complaint to December 13, 2024.

                                                                  Respectfully Submitted,

                                                                    Brian C. Dunning

cc: All Counsel of record