UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REVLON CONSUMER PRODUCTS LLC and ELIZABETH ARDEN, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL and ASHLEY FASS, <br><br> Defendants. | Case No. 1:24-cv-06438-ER-RWL <br><br> **JOINT MOTION TO DISMISS GBB DEFENDANTS WITH PREJUDICE** |

  Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc. (collectively, "Revlon") and Defendants Give Back Beauty S.A., Give Back Beauty, LLC, Give Back Beauty Americas LLC, Give Back Beauty International LLC, and Give Back Beauty Holding Ltd. (collectively the "GBB Defendants") hereby jointly move this Court, pursuant to Federal Rule of Civil Procedure 21, to dismiss the GBB Defendants from this action with prejudice.

  On December 24, 2024, Revlon and the GBB Defendants entered into a confidential Settlement Agreement and Mutual Release. That Settlement Agreement and Mutual Release provides for dismissal of the GBB Defendants from this action with prejudice upon satisfaction of certain conditions precedent. Those conditions precedent to dismissal of the GBB Defendants have now been satisfied.

  Upon motion, this Court has authority, under Rule 21 of the Federal Rules of Civil Procedure, to "drop a party" pursuant to "just terms." Revlon and the GBB Defendants respectfully submit that they have reached just terms for termination of the action against the

GBB Defendants and request that this Court accordingly enter a dismissal with prejudice that drops the GBB Defendants from this action. This action will continue against the remaining defendants.

Dated: March 11, 2025

Respectfully,

By: */s/ Michael Dockterman*
Michael Dockterman
STEPTOE LLP
227 West Monroe Street, Ste 4700
Chicago, IL 60606
Tel: (312) 577-1300
E-mail: mdockterman@steptoe.com

Elyse D. Echtman
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 506-3900
E-mail: eechtman@steptoe.com

*Counsel for Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc.*

By: */s/ Samuel D. Levy*
Samuel D. Levy
BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 885-5352
E-mail: samuel.levy@blankrome.com

*Counsel for Defendants Give Back Beauty S.A., Give Back Beauty, LLC, Give Back Beauty Americas LLC, Give Back Beauty International LLC, and Give Back Beauty Holding Ltd.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2025, a true and correct copy of the foregoing Joint Motion to Dismiss GBB Defendants with Prejudice was served electronically on counsel of record for Defendants via the Court's CM/ECF system.

/s/ *Michael Dockterman*
Michael Dockterman