Case 1:24-cv-06438-ER   Document 142   Filed 03/12/25   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REVLON CONSUMER PRODUCTS LLC and ELIZABETH ARDEN, INC.,

                Plaintiffs,

- against -

GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL and ASHLEY FASS,

                Defendants.

**ORDER**

24 Civ. 6438 (ER)

RAMOS, D.J.

On December 3, 2025, Defendant Ashley Fass filed a letter requesting an extension from December 4, 2025 to December 13, 2024 to respond to Plaintiffs' complaint, on grounds that the parties were "negotiating a resolution" in this case and were "close to a comprehensive settlement." Doc. 137. The Court granted the request for an extension on December 3, 2025. Doc. 138.

To date, Fass has not filed an answer or otherwise moved with respect to Plaintiffs' complaint. Accordingly, Fass is directed to provide the Court with a status update by March 17, 2025.

It is SO ORDERED.

Dated: March 12, 2025
       New York, New York

                                                Edgardo Ramos, U.S.D.J.