UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REVLON CONSUMER PRODUCTS LLC *and* ELIZABETH ARDEN, INC.,

                Plaintiffs,

- *against*-

GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL *and* ASHLEY FASS,

                Defendants.

**ORDER**

24 Civ. 6438 (ER)

RAMOS, D.J.

      On March 11, 2025, Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc. (collectively, "Revlon") and Defendants Give Back Beauty S.A., Give Back Beauty, LLC, Give Back Beauty Americas LLC, Give Back Beauty International LLC, and Give Back Beauty Holding Ltd. (collectively the "GBB Defendants") jointly moved to dismiss the GBB Defendants from this action with prejudice, pursuant to Federal Rule of Civil Procedure 21. Doc. 141.

      The parties state: "On December 24, 2024, Revlon and the GBB Defendants entered into a confidential Settlement Agreement and Mutual Release. That Settlement Agreement and Mutual Release provides for dismissal of the GBB Defendants from this action with prejudice upon satisfaction of certain conditions precedent. Those conditions precedent to dismissal of the GBB Defendants have now been satisfied." *Id.* at 1.

      Accordingly, the Clerk of Court is respectfully directed to terminate Give Back Beauty S.A., Give Back Beauty, LLC, Give Back Beauty Americas LLC, Give Back Beauty

International LLC, and Give Back Beauty Holding Ltd. as defendants in this case.

It is SO ORDERED.

Dated: March 12, 2025
      New York, New York

                                                     Edgardo Ramos, U.S.D.J.