

**DUNNING RIEVMAN & MACDONALD** LLP
ATTORNEYS AT LAW

Brian C. Dunning
bdunning@drmlaw.com
646-873-7522

March 17, 2025

<u>**VIA ECF FILING**</u>

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

     Re: *Revlon Consumer Products LLC et al. v. Give Back Beauty S.A., et al.,*
       <u>Civil Action No. 1:24-cv-06438-ER</u>

Dear Judge Ramos:

  We are counsel to Defendant Ashley Fass ("Defendant Fass") in the above-referenced action. As Your Honor is aware, the parties have reached a settlement of this action. Accordingly, Defendant Fass will not submit an Answer to the Complaint.

  Plaintiff's counsel will file a stipulation of discontinuance as against Ms. Fass once she has completed certain post-settlement obligations.

                Respectfully Submitted,

                */s/ Brian C. Dunning*

cc: All Counsel of record          Brian C. Dunning