UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REVLON CONSUMER PRODUCTS LLC and ELIZABETH ARDEN, INC.,<br><br>        Plaintiffs,<br><br>-against-<br><br>GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL and ASHLEY FASS,<br><br>        Defendants. | Case No. 1:24-cv-06438-ER-RWL<br><br>**STIPULATION TO DISMISS INDIVIDUAL DEFENDANTS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc. (collectively, "Revlon") and Defendants Vanessa Kidd, Dominick Romeo, and Reid Mulvihill (collectively the "Individual Defendants") hereby jointly stipulate to dismiss the Individual Defendants from this action with prejudice.

By orders dated March 12, 2025, Dkt. 143, and March 18, 2025, Dkt. 145, Defendants Give Back Beauty S.A., Give Back Beauty, LLC, Give Back Beauty Americas LLC, Give Back Beauty International LLC, and Give Back Beauty Holding Ltd.; and Defendant Ashley Fass, were dismissed with prejudice from this action. The Individual Defendants are the remaining defendants in this action. Revlon and the Individual Defendants therefore respectfully request that this Court enter a dismissal with prejudice of this action in its entirety, and respectfully request that this matter be closed.

Dated: April 30, 2025

Respectfully,

By: _____

Michael Dockterman
STEPTOE LLP
227 West Monroe Street, Ste 4700
Chicago, IL 60606
Tel: (312) 577-1300
E-mail: mdockterman@steptoe.com

Elyse D. Echtman
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 506-3900
E-mail: eechtman@steptoe.com

*Counsel for Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc.*

By: _____

Ronie Malka Schmelz
K&L Gates LLP
10100 Santa Monica Boulevard
Ste 8th Floor
Los Angeles, CA 90067
310-552-5000
Email: ronie.schmelz@klgates.com

*Counsel for Defendants Vanessa Kidd, Dominick Romeo, and Reid Mulvihill*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, a true and correct copy of the foregoing Joint Motion to Dismiss Individual Defendants with Prejudice was served electronically on counsel of record for Defendants via the Court's CM/ECF system.

/s/ *Michael Dockterman*
Michael Dockterman