UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REVLON CONSUMER PRODUCTS LLC and ELIZABETH ARDEN, INC.,<br><br>   Plaintiffs,<br><br>-against-<br><br>GIVE BACK BEAUTY S.A., GIVE BACK BEAUTY, LLC, GIVE BACK BEAUTY AMERICAS LLC, GIVE BACK BEAUTY INTERNATIONAL LLC, GIVE BACK BEAUTY HOLDING LTD., VANESSA KIDD, DOMINICK ROMEO, REID MULVIHILL and ASHLEY FASS,<br><br>   Defendants. | Case No. 1:24-cv-06438-ER-RWL<br><br>**[PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the joint stipulation to dismiss between the Individual Defendants from this action with prejudice Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc. and Defendants Vanessa Kidd, Dominick Romeo, and Reid Mulvihill (collectively the "Individual Defendants") is **GRANTED**.

**IT IS HEREBY ORDERED** the Individual Defendants be dismissed with prejudice from this action, and the matter be closed.

Dated: _____    _____
                              Judge Edgardo Ramos