UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REVLON CONSUMER PRODUCTS
LLC *and* ELIZEBETH ARDEN, INC.,

                   Plaintiffs,

          *-against-*

VANESSA KIDD, DOMINICK
ROMEO, *and* REID MULVIHILL,

               Defendants.

Case No. 1:24-cv-06438-ER-RWL

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the joint stipulation to dismiss this action with prejudice between Plaintiffs Revlon Consumer Products LLC and Elizabeth Arden, Inc., and Defendants Vanessa Kidd, Dominick Romeo, and Reid Mulvihill (collectively the "Individual Defendants") is **GRANTED**.

     **IT IS HEREBY ORDERED** the Individual Defendants be dismissed with prejudice from this action, and the matter be closed.

Dated: May 5, 2025
     New York, New York

_____
     Judge Edgardo Ramos